LAW OFFICES OF
# GEORGE P. BIRNBAUM

GEORGE P. BIRNBAUM
ADMITTED NY & CT BARS

MICHAEL L. FERCH, OF COUNSEL
ADMITTED NY BAR ONLY

130 WEST 57TH STREET
NEW YORK, NY 100..
(212) 956-1312
FAX: (212) 956-451
EMAIL: GPBSCOUT@A... COM

22 OLD STUDIO RD
NEW CANAAN, CT 0..40
(203) 966-9770
FAX: (203) 966-22..



July 19, 2007

**BY FAX**

Hon. Loretta A. Preska
U.S.D.C., S.D.N.Y.
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re:  Buck Scientific, Inc., et al. ads DeMenna
          Civil Case No.: 07-CV-6240 (LAP)

Dear Judge Preska:

    This office represents defendants Buck Scientific, Inc., Robert J. Anderson, and Eric Anderson ("defendants").

    I write with the full authorization and consent of plaintiffs' counsel, Joel J. Reinfeld, Jr., Esq., to respectfully request that plaintiffs' Order to Show Cause, currently scheduled to be heard before Your Honor on Thursday, July 26, 2007, be moved and adjourned to Wednesday, August 8 at 9 a.m. Your Courtroom Deputy advised that this time is available.

    This is the parties' first request for an extension of time in this matter. Thank you in advance for Your Honor's courtesy.

Respectfully Submitted,

LAW OFFICES OF GEORGE P. BIRNBAUM

By: _____
    Michael L. Ferch [MF-6211]
    Counsel

**SO ORDERED**
/s/ Loretta A. Preska
**LORETTA A. PRESKA**
**UNITED STATES DISTRICT JUDGE**
July 20, 2007

cc: Joel J. Reinfeld, Jr., Esq.