EXHIBIT A







EXHIBIT B

| | |
|---|---|
| Subj: | **Dr. Akid & CBS Preston Deal** |
| Date: | 1/9/2007 2:18:33PM Eastern Standard Time |
| From: | chemchek |
| To: | eric@bucksci.com |
| CC: | bob@bucksci.com |

Dear Eric & Bob,

I don't know why you are so hesitant to contact the proper authorities in this confusing deal... since you have Dr. Akid with saying the end user is a school in Dubai that we cannot verify, and at Daniel Valachek at CBS Preston is supposedly selling this to some Animal Husbandry Lab as "tomato sauce"... as it said on the Letter of Credit we got on the FAX.

I know that Stephen is somewhat unsure as to the validity of either of these Quotations he did... and since he's new he doesn't know exactly what is right or wrong. And I know that Tom is downright nervous about signing off on either of these potential shipments, since he's ultimately responsible for verifying the destination.

We've already had "visits" over the years from the various Gov't folks from New Haven... and I even have the FBI Agent's card that I talked to years ago about the 210-AA found in Iraq after the Gulf War... so how can it hurt us to tell them our concerns?

Please lets talk about this... and I'll even use my talents to write a "good" Letter for you to sign and send.


Thanks,

Dr. Jerry DeMenna, Ph.D.
General Manager



Buck Scientific, Inc.

U.S. Department of Commerce
ATTN:  {contact Agent's name}
{contact Agent's street address}
{contact Agent's city, state   zipcode}

{contact Agent's TEL  //  FAX numbers}

January 18, 2007

Dear Sir,

I am writing to inform you and your agency that Buck Scientific has two (2) International Sales situations pending with the following groups listed below.  Based on our previous interaction with the Department of Commerce due to other International Sales situations, we are following your request to notify you of any future Sales situations that may be questionable.

While we have sent them and received from them "Letters of Assurance for Exports and Re-Exports" listing the Final Destination and End-User information, as shown on the enclosed copies, we just want to do the right thing and verify them as suitable vendors, as they bith seem to have Tehran, Iran Web links.

Please review the information below, and let us know at your earliest convenience whether it is acceptable to the U.S. Government for Buck Scientific to process these orders pending shipment.

Thank you for your time and assistance.


Sincerely,


_____
Robert J. Anderson / President

[1]   Company:  SCO Gmbh            [2]   Company:  C.B.S. (Preston) LTD
      Contact: Dr. Mahmoud Akid            Contact:  Daniel Valacheck
      Office: Dingelstädt, Germany         Office:  Preston(LANCS), England
      TEL: 011-49-36075-545-70             TEL: 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-654926
      FAX: 011-49-36075-545-77             FAX: 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-700203
      E-Mail: MAkid@dr-akid-sco.de         E-Mail: Daniel@cbspreston.co.uk
      End-User: University of Sharjah,     End-User: Feed Department / Animal Affair Deputy
                Sharjah, UAE                         Yerevan, Armenia

EXHIBIT C

Norwalk Police Department

## CASE/INCIDENT REPORT

Page 1 of 2

SUPPLEMENTARY

| CFS NO. | DIVISION | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 0700030944 | | 3 | 06/19/2007 Thru 06/19/2007 | 15:44 | 06/19/2007 | 17:04 | ASSAULT | 003 | Patrol Officer Devito, Mark A. | D005 |

| DIVISION NO. | REFERENCE DIVISION | REFERENCE DIVISION NO. | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|
| | | | | | 06/19/2007 | 17:04 |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO / LOCATION | INTERSECTING STREET NAME AND TYPE | TYPIST | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00058 | Fort Point St Norwalk | | | MDEVITO | | 103 |

| | POLICE OFFICER T=TOT | OP STATE & NO. |
|---|---|---|
| | | CT |
| | | CT |
| | | CT |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  I=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS |
|---|---|---|---|---|---|---|
| C | DeMena, Jerry | M | W | | | |
| H | Anderson, Robert | M | W | | | |
| H | Anderson, Eric | M | W | | | |

Professor DeMena responded to H.Q. to report an incident that occurred yesterday at 1730 hrs at Buck Scientific. Professor DeMena states he had worked for Buck for 15 years as well as being a professor at Sacred Heart University. Professor DeMena states yesterday he went to Buck and was told he was terminated and that he should leave the premises at once. Mr DeMena states the owner's son Eric placed his hands on him while he was on Buck property. Professor DeMena states he asked for his personal vehicle and he was told to bring Buck their property and then they would release his property.

Professor DeMena states he decided after speaking to his attorney that the police should get involved as this was withholding property of another and thus was grand larceny. I responded over to Buck to speak to the owner and his son. At first it appeared that there was going to be problems as both sides were angry and passionate. After some time both parties gave way and a list of what Professor DeMena wanted back and a second list of what he was going to return to Buck was looked at and agreed that these items would be exchanged. On list one (items to be retrieved from Buck), number 9, 2gb memory card in treo cellphone with personal pictures was not returned as Buck stated this was company equipment. They did state if there was anything personal they would return it to there professor.

Both forms were signed by both parties and I witnessed this. The second page had 22 items that I have no idea what they were as they are of a scientific nature. Mr Robert Anderson signed off on this list after his son checked the company van to make sure the professor had returned these items. Mr Anderson and his son were thanked for cooperation and the professor was advised not to return to the

| OFFICER SIGNATURE | SUPERVISORY SIGNATURE | SUBSCRIBED & SWORN BEFORE ME: NOTARY |
|---|---|---|
| | | THIS _____ DAY OF _____ YR. _____ |

Report #: 0700030944 - 00228286 Cont.

# Norwalk Police Department

## CASE/INCIDENT REPORT

SUPPLEMENTARY

Page 2 of 2

| CFS NO. | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 0700030944 | 3 | 06/19/2007 Thru 06/19/2007 | 16:44 | 06/19/2007 | 17:04 | ASSAULT | 003 | Patrol Officer DeVito, Mark A. | D005 |

| DIVISION | DIVISION NO. | REFERENCE DIVISION | REFERENCE DIVISION NO. | CASE X-REFERENCE | UNIT ID | | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | MDEVITO | 06/19/2007 | 17:04 |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO / LOCATION | | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00058 | Fort Point St Norwalk | | | | 103 |

INTERSECTING STREET NAME AND TYPE

company again.

Mr. Robert Anderson states he had to make sure that the professor had not taken anything that was company owned as his company was investigating the professor for internal theft. Likewise the professor states the company was up for sale and the company was attempting to get rid of all of it's high paid workers to ease the transaction. Copy of both lists included in report.

OFFICER SIGNATURE

SUPERVISOR SIGNATURE

SUBSCRIBED & SWORN BEFORE ME: NOTARY
THIS _____ DAY OF _____ YR. _____

EXHIBIT D

**Business Property from BUCK Scientific that was retained for the Customer Demonstrations, Educational Workshops, Sample Evaluations, Teaching at Sacred Heart University and Conference / Show Expositions; to be returned to 58 Fort Point Street, East Norwalk, CT 06855 on Tuesday 19 June 2007 =**

[1]     FOUR (4) Gas Cylinders for AA Demonstrations:  1-Air, 1-Argon, 2-Acetylene
[2]     UV-105 Colorimeter, s/n- n/a
[3]     VIS-100 Colorimeter (customer return), s/n-8989
[4]     FL-380 Fluorimeter, s/n-000101
[5]     BLC-10 HPLC, s/n-1006
[6]     310-Air GC, s/n-N4113
[7]     310-PID GC, s/n-N1948
[8]     210-AA, s/n-640
[9]     220-GF, s/n-135
[10]    220-AS, s/n-152
[11]    CE-2041, s/n-125-559
[12]    CE-2041, s/n-125-693
[13]    CE-9050, s/n-109-134
[14]    M-500 IR, s/n-618  [swapped w/ Northern Highlands School for Workshop]
[15]    PLC-11M & IR Sampling Kit
[16]    Pike High-Pressure HATR Accessory
[17]    BLC-20 Chassis, s/n-DS00008385 (Flowcell used for Service, per John Mellor)
[18]    Postal Box w/ assorted Marketing Supplies, Literature Racks, etc
[19]    Blue Anvil Case w/ assorted Power Cords, Extensions, misc. Hardware
[20]    Postal Box w/ assorted Microwave Vessels, Power Cords and Vent Hose
[21]    Postal Box w/ assorted AA Demo Set-Up supplies; hoses, regulators, H-C Lamps, etc.
[22]    Cardboard Box w/

ACKNOWLEDGED:

X: _____      X: _____

    Robert Anderson / BUCK Scientific       Gerald J. DeMenna / Chem-Chek

DATE: _Jun 19 07_____    DATE: _6/19/2007_____

EXHIBIT E

**Personal Property of Gerald J. DeMenna that was illegally seized on Monday 18 June 2007, 5:30pm @ BUCK Scientific, 58 Fort Point Street, East Norwalk, CT 06855; to be returned on Tuesday 19 June 2007 =**

[1]    Black DELL Notebook PC (Teaching Computer purchased from Sacred Heart University)

[2]    Silver DELL Notebook PC (Purchased from DELL directly)

[3]    Dual Head VCR

[4]    8mm Video Camera & Accessories Bag

[5]    Personal / Family Video Tapes (in Box behind 2nd Desk, in right top Drawer of 2nd Desk, in small holder on Eric Anderson's Desk... labeled "Thomas", "Party", etc)

[6]    Reference Books in Postal Box on floor behind main Desk, on Bookcase to right of main Desk

[7]    Personal File Folders on main Desk, in Bookcase t right of main Desk

[8]    Memorial Funeral Cards and Family Pictures on Cubicle Wall, on Windowsill to right of main Desk, small Memorabilia (Keychains, etc) hanging on Wall to right of main Desk

[9]    2GB Memory Card in TREO Cellphone with Personal Pictures & Documents

[10]   Contents of top right, center and left Desk Drawers on main Desk (contains Personal Pictures, Traffic Ticket Receipts, Legal Notices and other Personal Items

[11]   Papers and Foreign Monies under Desk Blotter on main Desk


ACKNOWLEDGED:


X:_____          X:_____

    Robert Anderson / BUCK Scientific          Gerald J. DeMenna / Chem-Chek


DATE: Jan 19 07 _____          DATE: 6/19/2007 _____


WITNESS: (print name)_____


        (sign)_____

EXHIBIT F

# BUCK
## Scientific

Buck Scientific, Inc.

21 May, 2007

Nancy Gregorio
Academic Program Integrator
Edu-Chem Innovations
Toll Free 866-859-9904
Fax 561-828-0563
nancygregorio@edu-chem.com
www.edu-chem.com

Dear Nancy,

It has come to my attention that an order for 80 Jenway units for Ohio State University was given to you from a seminar given by Jerry DeMenna while working for Buck Scientific. Clearly we paid dearly for this lead and it was transferred to you to book the order, **this is theft!**

It has also come to my attention that many items shipped to customers and billed by you came directly out of the Buck Scientific stock room. I'm sure Jerry's "lab" in the Bronx is full of stolen goods.

Buck Scientific would like Edu-Chem Innovations to Cease and desist all unlawful activities pending further action.

Please feel free to contact me if you have any questions.

Best regards,

Robert J. Anderson
President & CEO
Buck Scientific Inc.

---

58 Fort Point Street ~ East Norwalk, CT 06855 ~ Tel. 800-562-5566 / (203) 853-9444
Fax (203) 853-0569 ~ E-mail: Eric@bucksci.com ~ Web Site: www.bucksci.com

EXHIBIT G

Subj:      **Fwd: New Chemist**
Date:      6/20/2007 11:58:58 A.M. Mid-Atlantic Daylight Tim
From:      RNB711
To:        ChemChek


-----Original Message-----
From: Eric Anderson
To: Bill Closs ; Dominick Buonocore ; thack@alcnet.com; JIMWSCICON1@cs.com; Jon Selenski ; Jim Selenski ;
Gordon Fromm ; Gary Wingo3 ; jerry campbell ; Tim Sullins / AdaSci ; Dave Hurley ; rnb711@aol.com
Cc: tony@bucksci.com; Stephen, Zakrewski ; Jeffrey J. Kipp
Sent: Tue, 19 Jun 2007 1:45 pm
Subject: New Chemist

Good afternoon Gentleman,

As you may or may not have heard Jerry DeMenna has been terminated for reasons I cannot discuss because
there may be legal action in the near future.

What I can say is sales leads have been redirected from Buck Scientific marketing efforts to the edu-chem
innovations sales department. As a result Buck Scientific and the Sales reps were robbed of thousands of dollars
in sales. In one case alone the sale was for over $120,000.00!

The good news is that we have found an excellent replacement for the position. Our new chief chemist is Dr.
Andy McFarland
(610.745.6981 cell). I will invite all of you to call Andy and introduce yourselves. I have attached his resume so
you can see his impeccable credentials for the job.

On a separate note we are sending out almost 10,000 general mailers to everyone on our database. Hopefully
this will stir up some leads.

I hope this shows our commitment to support our dedicated sales staff out in the field.

Please do not hesitate to contact me if you have any questions.

Best regards,

Eric Anderson
Dir. Sales & Marketing
Buck Scientific

---

This e-mail was scanned for viruses using BitDefender
Sent by 602LAN SUITE - http://www.software602.com/

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

Dear Suppliers,

This is to inform you that Jerry DeMenna is no longer associated with Buck Scientific.

Jerry was found to be diverting Buck Leads and closing the deals through Edu-Chem Innovations.

He also has been stealing goods from the Buck Scientific stock room and selling the goods through Edu-Chem Innovations.

Once the unsavory activity stops our sales should return to 2006 levels.

Thank you for your continued loyalty.


Robert Anderson
President
Buck Scientific Inc.