EXHIBIT H



NOTE the Four (4) Desktop Icons located in the center-right group of Fifteen (15) Scientific Icons. These are Instrument Control Programs used for systems at Buck Scientific, Sacred Heart Univ., VTEC Labs, Chem-chek Labs and several Clients.
NOTE: Background show virus that appeared when attempting to restore some files.

EXHIBIT I





REMINDER: AOL Staff will never ask for your password or billing information.

Say Goodbye to Cellulite with Body Shape

HYDRODERM
TRY IT FOR FREE
Click Here for Details

# Mailbox

**ChemChek's Online Mailbox**

| | New Mail | Old Mail | **Sent Mail** |
|---|---|---|---|

| Type | Date ▲ | Email Address | Subject |
|---|---|---|---|
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Hot One! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: FedEx User ID Reminder |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Univ of TN contact |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Requested information |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Measurenet |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Purchase Order for Spectrophotometers |
| ✉ | 6/18/2007 | stephen@bucksci | Fwd: RE: Requested information |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: RE: Requested information |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: RE: test1 |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: RE: Requested information |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Fwd: Address for Tony Montana |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Small Chemical Business... |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Cermac |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Updates to fun-sci.com |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: contact info |
| ✉ | 6/18/2007 | eric@bucksci.co | Fw: Urgent Please |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: test |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: MeasureNetKFUPM |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Potential business opportunity |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: KFUPM/MeasureNet |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: 2YC3 meeting |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Biodiesel test lab equipment |
| ✉ | 6/18/2007 | eric@bucksci.co | Fw: Kronos Status |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Subboiling |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Quote for FSU (Lead from FL, ACS) |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: New Potential Customer |
| ✉ | 6/18/2007 | eric@bucksci.co | Fw: Kronos Status |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: RE: Hi, Friends! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Need 241 to demo at Penn State |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: MeasureNet Demonstration |
| ✉ | 6/18/2007 | eric@bucksci.co | Fw: Information Request |
| ☑ | 6/18/2007 | eric@bucksci.co | Fwd: ChemEd Reimbursement |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: I-LAB Pricing Feedback |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: My Contact Info |
| ☑ | 6/18/2007 | eric@bucksci.co | Fwd: RE: Request for Analytic Quote |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Emailing: Resume |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: IR Spectroscopy |
| ✉ | 6/18/2007 | eric@bucksci.co | Fw: Urgent Please |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: test |

| Read | Save to Filing Cabinet ▼ | | Unsend | Status | Delete | Help |
|---|---|---|---|---|---|---|



## ChemChek's Online Mailbox


### Mailbox

REMINDER: AOL Staff will never
ask for your password or billing
information



| New Mail | Old Mail | Sent Mail |
|---|---|---|

| Type | Date ▲ | Email Address | Subject |
|---|---|---|---|
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Places to stay |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Hello love |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Prayer chains |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Nancy, Lynda and love |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Just love me |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Sending love |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: still thinking/scared. |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: CAN READ |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: ONE LION(L.Y) NITE |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: ps |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: ♪♪ ♪♪♪ ♪♪♪ ♪♪♪ ♪♪♪ ♪♪♪ ♪♪♪ ♪♪♪ ♪♪♪ ♪♪♪ |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: ONE LION(LY) NITE |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: try for monday! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Private-2! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Private-2! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: ON MY GOD |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: ON MY GOD |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: ps |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Our "History" ... |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: thanks/thoughtful |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: DITTO |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: hard/like steel |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: hard/like steel |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: PS |
| ☑ | 6/18/2007 | eric@bucksci.co | Fwd: Thinking of You Babe! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: RE: Will your caravan make it to Chicago, Chi gr |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Hot One! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Hot One! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: FedEx User ID Reminder |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Univ of TN contact |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Requested information |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Measures! |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Purchase Order for Spectrophotometers |
| ✉ | 6/18/2007 | stephen@bucksci | Fwd: RE: Requested information |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: RE: Requested information |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: RE: test1 |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: RE: Requested information |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Fwd: Address for Tony Montana |
| ✉ | 6/18/2007 | eric@bucksci.co | Fwd: Re: Small Chemical Business... |

| Read | Save to Filing Cabinet | | Unsend | Status | Delete | | Help |
|---|---|---|---|---|---|---|---|

EXHIBIT J

# BUCK Scientific

# FUN-SCIence^tm Projects

## Liquid Chromatography (HPLC)

## Experiments for the Buck Scientific Model BLC-10/20 High-Performance Liquid Chromatographs & Peak-Simple Software











# Activities in Analytical Chromatography

*Property of Dr. Jerry DeMenna / Copyright © 1990-2005 / CHEM-CHEK / Do not Duplicate without express written permission*

# B U C K  Scientific | *FUN-SClence*<sup>tm</sup> *Projects*
## *FLUOR / Rev.2*

## Experiments for the Buck Scientific FL-380 Filter Fluorometer w/ Dual Wavelengths for EMISSION and EXCITATION









# *Activities in Analytical Spectroscopy*

*Property of Dr. Jerry DeMenna / Copyright © 1990-2005 / CHEM-CHEK / Do not Duplicate without express written permission*

# B U C K Scientific

## *FUN-SCIence<sup>tm</sup> Projects*

## *Gas Chromatography (GC) / Rev.2*

# Experiments for the Buck Scientific
# 910-/310-Gas Chromatographs w/ Peak-Simple
# Software & assorted Packed / Capillary Columns






# *Activities in Analytical*
# *Chromatography*

*Property of Dr. Jerry DeMenna / Copyright © 1990-2005 / CHEM-CHEK / Do not Duplicate without express written permission*

**BUCK Scientific**

# *FUN-SCIence<sup>tm</sup> Projects*
# *UV-VIS / Rev.2*

## Experiments for the Buck Scientific CE-2000/-3000 series Single-Beam Scanning UV-VIS Spectrophotometers











Are these "Greens" TRUE...

...or Yellow & Blue?



# *Activities in Analytical Spectroscopy*

*Property of Dr. Jerry DeMenna / Copyright © 1990-2005 / CHEM-CHEK / Do not Duplicate without express written permission*

# BUCK Scientific

# *FUN-SCIence*[tm] *Projects*
# *UV-VIS / Rev.2b*

# Experiments for the Buck Scientific
# VIS-100 / UV-105 Single-Wavelength
# "Colorimeter" Spectrometers













# *Activities in Analytical*
# *Spectroscopy*

*Property of Dr. Jerry DeMenna / Copyright © 1990-2005 / CHEM-CHEK / Do not Duplicate without express written permission*

| **BUCK** **Scientific** | *FUN-SCIence<sup>tm</sup> Projects* *Mid-IR / Rev.1C* |
| --- | --- |

# Experiments for the Buck Scientific M-500 Infra-Red Single-Beam Scanning Spectrometer

# [PICTURES COMING SOON!]

# *Activities in Analytical Spectroscopy*

*Property of Dr. Jerry DeMenna / Copyright © 1990-2005 / CHEM-CHEK / Do not Duplicate without express written permission*



# chemistry▪org
## THE WEBSITE OF THE AMERICAN CHEMICAL SOCIETY



home   professionals   acs members   educators & students   policy makers   enthusiasts   my.chemistry.org

Search
_____ [go]
Advanced Search
Search Tips
ACS Google™

quick find
-choose a page-

> ACS National Meeting
> ask ACS Now!

> ACS Membership Benefits
> CEN-CHEMJOBS

recent articles
Coming to the USA
2007 Heroes of Chemistry Announced
A Truly Remarkable Man, an American Chemical Society Legacy Leader
Signup for Regional Meetings Will Be Available
ACS Board Adopts Latest Edition of Ethics Code
Chinese, U.S. Researchers in Chemical Biology Meet

> Mail this page | > Print this page

# Stay Competitive at the ACS National Exposition in Anaheim



Sample the tremendous business opportunities and energy inside the American Chemical Society (ACS) National Exposition in Anaheim, March 29–31, 2004, during the 227th ACS National Meeting. Network with technical professionals from 300+ companies and organizations who can help you improve your R&D, business, and laboratory operations. The exposition will be open in Hall C of the Anaheim Convention Center on Monday, March 29, from 9 a.m. to 5 p.m.; Tuesday, March 30, from 7:30 a.m. to 5 p.m.; and Wednesday; March 31, from 9 a.m. to 1 p.m..

**Gather information on new products, services, and emerging trends.** More than 500 booths will showcase the latest instruments, books, computer hardware and scientific software, contract services, and a wide array of chromatographic, lab and safety equipment. Keep abreast of innovative technologies, new business models and alliances, and other high-growth opportunities in the chemical and allied industries.

**Learn about new techniques and applications in free exhibitor workshops.** Attend valuable free workshops offered by sponsoring exhibitors on Monday, Tuesday, and Wednesday. All exhibitor workshops will be held in the Anaheim Hilton and Towers. Register before March 19 to secure your seat. After March 19, you will need to register on-site with the sponsoring exhibitors at their booths.

**Explore poster sessions of ACS Technical Divisions inside the Exposition.** On Monday, visit poster sessions for Agricultural & Food Chemistry (AGFD) and Agrochemicals (AGRO) divisions from 10:00 a.m. to 12:00 noon and grades K–12 National Chemistry Week 2003 poster competition all day. On Tuesday, explore posters from Petroleum Chemistry division (PETR) from 7:30 to 10:30 a.m.; Carbohydrate Chemistry division (CARB) from 2:00 to 5:00 p.m.; and grades K–12 National Chemistry Week 2003 poster competition all day. On Wednesday, visit the poster session of Organic Chemistry division (ORGN) from 9:00 to 11:00 a.m..

**Maximize your time by preplanning your Exposition visit.** Use our on-line Directory of Exhibitors to get a complete listing of exhibitors and learn more about a company's products and services; use our Internet-based ExpoMap to prepare a customized floor plan to optimize your exposition visit.

**Enjoy free Internet access and savor free morning coffee.**
Attendees can use free Internet access at the Internet Café,
courtesy of chemistry.org , and enjoy free coffee as they explore
the exposition each morning before 10 a.m.

**Participate in our prize and souvenir activities, and visit
during special Tuesday morning hours.** The first 7,500
visitors to the exhibition will receive a free souvenir, and all
attendees can enter to win a Toshiba laptop each day of the
exposition. On Monday, attendees can test their trivia
knowledge and win a gift from ACS *Chemical & Engineering
News* at Booth 360 and ACS chemistry.org at Booth 462. Meet
celebrated author Robert L. Wolke from 1 to 3:00 p.m. on
Monday at the *Chemical & Engineering News* Booth.

On Tuesday, the exposition opens at 7:30 a.m. to give
attendees dedicated time to visit the exhibits free without
conflicts with the technical programming. Early attendees can
enter into a drawing to win one of ten $200 Amazon.com gift
certificates, and the first 750 attendees will receive a free
caricature.

**Exhibitor Workshops on Monday, March 29**

**Rapid Lead Identification
with ROCS and FRED**
*Sponsor:* OpenEye Scientific,
Booths 816, 818. Instructors:
Bob Tolbert and Jeremy Yang.
8:30 to 11:00 a.m. Room:
Mezzanine 5.
The chemistry of molecular
interactions boils down to
shape and electrostatics. This
workshop focuses on rapid
lead identification in drug
discovery using OpenEye
software developed under that
philosophy. It will begin with a
brief overview of OpenEye's
complete offering, before
focusing on ROCS and FRED.
ROCS analyzers ligand
similarity via rapid 3-D
molecular shape searches, and
FRED offers extremely fast,
exhaustive docking of ligands
within a protein active site.
Either can be guided to match
known pharmacophore
features. The workshop will
include some theory, real
example cases, software
demonstrations, and a hands-
on tutorial.

ACS National Exposition
March 29–31, 2004
Anaheim, CA

Visit the 300+ exhibiting companies
in Hall C of the Anaheim Convention
Center on Monday (March 29),
9 a.m. to 5 p.m., Tuesday (March 30),
7:30 a.m. to 5 p.m., and Wednesday
(March 31), 9 a.m. to 1 p.m.

Interact with the exhibitors, including
current exhibitors, locate their booths
in Anaheim, and plan your exposition

Reserve your seat for an exhibitor-
sponsored workshop
ACS 227th National Meeting
March 28–April 1, 2004
Anaheim, CA

Register on-line before March 26

Register on-site between
March 27 and April 1: Hall B,
Anaheim Convention Center

Reserve your housing

Plan your meeting schedule,
including technical sessions,
workshops, exhibitor-
sponsored workshops, and
social events.

**E-Communications, E-
Learning, and chemistry.org: Opportunities, Strategies,
and Development**
*Sponsor:* ACS chemistry.org, Booth 462. Instructor: Robin
Steffek. 12:00 noon to 2:30 p.m. Room: Mezzanine 5.
This workshop focuses on opportunities and strategies for
developing Web functionality to help users of chemistry.org
benefit from various ACS e -communication vehicles (e.g. on-
line newsletters, e-mail alerts, discipline-specific Web
resources, online tools), and e-learning technologies. Topics
include defining the ideal content for new Web resources;
ensuring responsible e-communications; determining ideal
frequency and format of e-communications; user preferences
and feedback options for e-communication vehicles; and
evaluating user interface, preferences, and user-friendly design
for e-learning applications.

**Rational Drug Design Based on Pharmacophore Modeling**

**and 3-D Database Searching**
*Sponsor:* Accelrys, Booth 302. Instructors: Samuel Toba and
Omoshile Clement. 12:00 noon to 2:30 p.m. Room: Mezzanine
6.
This workshop presents an overview and application examples
of Catalyst as a unique rational drug design tool in
pharmacophore modeling and 3-D database searching. A
pharmacophore model contains the molecular framework that
carries the essential binding features responsible for a ligand's
binding affinity. This workshop will use Catalyst 4.9 and include
examples such as pharmacophore-based alignment of
molecules, shape-based 3-D searching, and automated
generation of pharmacophore hypothesis based on structure–
activity relationship data. The release of Catalyst 4.9 provides a
one-boxed-solution on Linux (client and server).

**New Techniques for Lead Generation and Candidate
Evaluations**
*Sponsor:* Accelrys, Booth, 302. Instructors: Omoshile Clement
and Tom Stockfisch. 3:30 to 6:00 p.m. Room: Mezzanine 5.
This workshop will describe new techniques in designing
focused subset libraries incorporating validated ADME/Tox
constraints that provide leadlike compounds, as well as
innovative QSAR approaches to lead optimization and
selection criteria.

**Interactive Learning with ChemWork Online Homework**
*Sponsor:* Houghton Mifflin Company, Booth, 327. Instructors:
Steve and Susan Zumdahl. 4:00 to 5:00 p.m. Room:
Mezzanine 7.
Participate in a demonstration and discussion of ChemWork
online homework, which is designed to reinforce chemistry
concepts, provide questions, hints, and immediate feedback to
help college students work through the problem-solving
process. This program supports interactive learning, the
Zumdahl's approach to learning general chemistry; it has been
used successfully at the University of Illinois over the past five
years.

**Exhibitor Workshops on Tuesday, March 30**

**Recent Developments in Scanning Probe Microscopy for
Chemistry and Related Fields**
*Sponsor:* Veeco Instruments, Booths 602, 604. Instructors:
Miodrag Micic, Chunzeng Li, and Sergri Magonov. 8:00 to
10:30 a.m. Room: Mezzanine 5.
*AFM Studies at Various Temperatures:* Advanced AFM
techniques and accessories make it possible to characterize
polymers over a substantial temperature range. The instructors
will discuss methods for visualizing melting and crystallization
at various temperature points, for materials including
polyethylene, polypropylene, syndiotactic polystyrene, etc.
*Near–Field Scanning Optical Microscopy:* A review of recent
progress in instrumentation development and applications of
the Aurora-3 platform will be presented. The new turnkey
modular near-field spectroscopy package will be introduced.
*Scanning Electrochemical Microscope (SEC p.m.):* This new
option to the Digital Instruments MultiMode AFM allows the
user to measure the potential profile across the electrical
double layer at solid–liquid interfaces and surface topography
by feeding back on the potential.

**E-Communications, E-Learning, and chemistry.org:
Opportunities, Strategies, and Development**
*Sponsor:* ACS chemistry.org, Booth 462. Instructor: Robin
Steffek. 12:00 noon to 2:30 p.m. Room: Mezzanine 5.
This workshop focuses on opportunities and strategies for
developing Web functionality to help users of chemistry.org
benefit from various ACS e-communication vehicles (e.g. online
newsletters, e-mail alerts, discipline-specific Web resources,
online tools, etc.), and e-learning technologies. Topics to be
discussed include defining the ideal content for new Web
resources; ensuring responsible e-communications;
determining ideal frequency and format of e-communications;
user preferences and feedback options for e-communication

vehicles; and evaluating user interface, preferences, and user-friendly design for e-learning applications.

**Postdoctoral and Senior Research Associateship Awards**
*Sponsor:* National Research Council of the National Academies, Booth 488. Instructor: H. Ray Gamble. 3:30 to 6:00 p.m. Room: Mezzanine 5.
The National Research Council of the National Academies offers awards in all areas of science and engineering for postdoctoral and senior research to be conducted at participating U.S. government laboratories. Annual stipend for recent Ph.D. recipients ranges from $36,000 to $61,000 and is higher for additional experience. Awards include relocation, professional travel and health insurance. Awards are for one year and are renewable for up to three years. Detailed program information, including information on how to apply, can be found at http://www.nationalacademies.org/nrc/. Application deadlines: February 1, May 1, August 1, and November 1.

**Molecular Modeling in Undergraduate Education**
*Sponsor:* Wavefunction, Booths 301, 303. Instructors: Jurgen Schnitker and Sean Ohlinger. 8:30 to 11:00 a.m. Room: Mezzanine 6.
The workshop introduces the use of molecular modeling technology in teaching relevant introductory chemistry topics. Through hands-on work with molecular modeling applications on laptop computers, attendees will use molecular mechanics, quantum chemical methods, and molecular dynamics to explore properties of molecules and bulk matter. Topics covered include atomic and molecular orbitals, ionic and covalent bonding, states of matter, solutions, gas laws, acids and bases, thermodynamics, dipole moments, stereochemistry, and much more.

**Discovery Studio Structure-based Design Workshop**
*Sponsor:* Accelrys, Booth 302. Instructor: Marguerita Lim Wilby. 12:00 noon to 2:30 p.m. Room: Mezzanine 6.
This workshop will focus on Accelrys' new offering of Structure–Based Design tools in Discovery Studio Modeling 1.2—SBD. This new application supports the three main areas of workflow: scoring ligand–receptor interactions, de novo design, and docking.

**Real–World Instrumental Analysis with the FUN–SCI Program**
*Sponsor:* Buck Scientific, Booth 139. Instructor: Jerry DeMenna. 3:30 to 6:00 p.m. Room: Mezzanine 6.
Come see "fun" and "interesting" (aka, non–boring!) experiments for high school/college undergrad labs and graduate research with analytical instrumentation. Based on compact and economical systems for IR, UV–Vis spec, fluorimetry, colorimetry, AA spectrometry, GC and HPLC, Chem–Chek's "FUN–SCI" Program and Buck's Instruments have made Analytical Chemistry possible on the tightest budget...or in the smallest mobile van! These turnkey projects can be modified to meet the specific needs of your curriculum and expanded to encompass a dedicated discipline. With the right tools, it's easy to go "outside" the box! Come see for yourself!

**Increasing Throughput in Chromatographic Autopurification Using New Instrument Technology and Conditional Gradient Logic**
*Sponsor:* Dionex Corporation, Booths 634, 636. Instructor: Andreas Becker, 1:00 to 2:30 p.m. Room: Mezzanine 7.
In developing its new series of autopurification systems, Dionex has paid particular attention to eliminating bottlenecks associated with sample processing and reliable component purification and collection. This workshop discusses the use of new instrument technology, combined with off-line column regeneration, to increase throughput by performing parallel automation. We discuss a novel software routine that enables unattended detection of analytes of interest. The run completes automatically after the analyte is detected. Then the system advances to the next sample, eliminating sample idle time.

Safeguards ensuring successful collection of all desired components will be discussed.

**Exhibitor Workshops on Wednesday, March 31**

**Lead Optimization and Productivity Solutions for Chemists**
*Sponsor:* Accelrys, Booth 302. Instructor: Shikha Varma. 12:00 noon to 2:30 p.m. Room: Mezzanine 5.
This event will focus on visualization, communication and computational methods that allow medicinal chemists and bench scientists to prioritize and design lead candidates and libraries for synthesis. Topics to be discussed include ligand – receptor interactions, pharmacophore modeling, overlaying molecules, ADME/property prediction, database searching, library enumeration, reagent selection and improved drug discovery through team collaboration. Attendees will receive a hand-on demonstration of such software applications as DS Accord for Excel CombiChem and ADME, Accord Components and SDK, DS ViewerPro and DS MedChem Explorer, which were designed for chemists to provide these solutions.

**Introduction to Type and Interpersonal Effectiveness**
*Sponsor:* Division of Chemical Technicians. Instructor: Curtis Swisher, Dow Chemical Co. 8:00 a.m. to 5:00 p.m. Room: Mezzanine 7.
This workshop is designed to help attendees become more effective in their interactions with others at work, at home, and in the community. Through fun, interactive exercises, participants will determine their own Psychological Type preferences and learn why they process information and behave as they do. They will get a better understanding of and value the differences that exist between people, and learn how to interact with others more effectively. An individual's type is applicable to the job, family relationships, learning styles, and career development. Participants will receive reference materials for on-going learning. Cost: $100.00. Pre-registration is required. For further information and a registration form, please contact Patricia M. Wilson, Bayer Corporation, (412) 777–4587.

*This article first appeared on March 1, 2004.*

> contact us    > about acs    > faqs    > sitemap    > login

Copyright © 2007 American Chemical Society.
All Rights Reserved.
Terms of Use | Privacy Policy | Feedback | Au sujet de la ACS | Acerca de la ACS