Certificate of Service

I, Michael Ferch, hereby certify that on this date, a copy of the within Defendants' Answer to Amended Complaint and Counterclaims, and this Certificate of Service were sent via overnight delivery to:

>Joel J. Reinfeld, Esq.
>Fischer Porter & Thomas, P.C.
>Attorneys for Plaintiff
>440 Sylvan Avenue, Suite 130
>Englewood Cliffs, New Jersey 07632
>(201) 569-5959

>LAW OFFICES OF GEORGE BIRNBAUM
>Attorneys for Defendants/
>Counterclaim Plaintiff
>130 West 57th Street/#5B
>New York, New York 10019

>By: _____
>    Michael L. Ferch

Dated:  August 2, 2007