Exhibit A

## 1996 Form 1099-MISC — Miscellaneous Income (Copy C For Payer)

- PAYER: BUCK SCIENTIFIC, INC., 58 FORT POINT STREET, EAST NORWALK CT 06855-1023
- PAYER'S Federal identification number: 06-0899480
- RECIPIENT's identification number: 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
- RECIPIENT'S name: Gerald J. Demenna
- Street address: 594 Dial Ave.
- City, state, and ZIP code: Piscataway NJ 08854
- Account number (optional): 044286
- Box 7 Nonemployee compensation: $64279.66
- OMB No. 1545-0115

## 1997 Form 1099-MISC — Miscellaneous Income (Copy C For Payer)

- (203) 853-9444
- PAYER: BUCK SCIENTIFIC, INC., 58 FORT POINT STREET, EAST NORWALK CT 06855-1023
- PAYER'S Federal identification number: 06-0899480
- RECIPIENT's identification number: 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
- RECIPIENT'S name: Gerald J. Demenna
- Street address: 594 Dial Ave.
- City, state, and ZIP code: Piscataway NJ 08854
- Account number (optional): 044286
- Box 7 Nonemployee compensation: $97378.78
- OMB No. 1545-0115

## 1998 Form 1099-MISC — Miscellaneous Income (Copy C For Payer)

- PAYER: BUCK SCIENTIFIC, INC., 58 FORT POINT STREET, EAST NORWALK CT 06855-1023, (203) 853-9444
- PAYER'S Federal identification number: 06-0899480
- RECIPIENT'S identification number: 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
- RECIPIENT'S name: Gerald J. Demenna
- Street address: 594 Dial Ave.
- City, state, and ZIP code: Piscataway NJ 08854
- Account number (optional): 044286
- Box 7 Nonemployee compensation: $95921.76
- OMB No. 1545-0115

## Form 1099-MISC — 1999

**PAYER:** BUCK SCIENTIFIC, INC.
58 FORT POINT STREET
EAST NORWALK CT 06855-1023
(203) 853-9444

**PAYER'S Federal identification number:** 06-0899480
**RECIPIENT'S Identification number:** 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

**RECIPIENT:** Gerald J. Demenna
594 Dial Ave.
Piscataway NJ 08854

**Account number (optional):** 044286

- Box 7 Nonemployee compensation: $117751.82

OMB No. 1545-0115 — 1999 — Miscellaneous Income — Copy C For Payer

---

## Form 1099-MISC — 2000

**PAYER:** BUCK SCIENTIFIC, INC.
58 FORT POINT STREET
EAST NORWALK CT 06855-1023
(203) 853-9444

**PAYER'S Federal identification number:** 06-0899480
**RECIPIENT'S Identification number:** 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

**RECIPIENT:** Gerald J. Demenna
594 Dial Ave.
Piscataway NJ 08854

**Account number (optional):** 044286

- Box 7 Nonemployee compensation: $110575.10
- Box 12 State/Payer's state number: CT 7949811-000

OMB No. 1545-0115 — 2000 — Miscellaneous Income — Copy C For Payer

---

## Form 1099-MISC — 2001

**PAYER:** BUCK SCIENTIFIC, INC.
58 FORT POINT STREET
EAST NORWALK CT 06855-1023
(203) 853-9444

**PAYER'S Federal identification number:** 06-0899480
**RECIPIENT'S Identification number:** 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

**RECIPIENT:** Gerald J. Demenna
594 Dial Ave.
Piscataway NJ 08854

**Account number (optional):** 044286

- Box 7 Nonemployee compensation: $103786.24
- Box 17 State/Payer's state no.: CT 7949811-000

OMB No. 1545-0115 — 2001 — Miscellaneous Income — Copy C For Payer

Jul. 20. 2007  3:54PM   Buck Scientific Inc.                              No. 1739   P. 4

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 |
|---|---|---|---|
| BUCK SCIENTIFIC, INC.<br>58 FORT POINT STREET<br>EAST NORWALK CT 06855-1023<br>(203) 853-9444 | 3 Other income $ | 4 Federal income tax withheld $ | **2002**<br>Miscellaneous<br>Income |
| | 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | Form 1099-MISC |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 7 Nonemployee compensation $ 95844.59 | 8 Substitute payments in lieu of dividends or interest $ | Copy C<br>For Payer |
|---|---|---|---|---|
| 06-0899480 | 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 | | | For Privacy Act and Paperwork Reduction Act Notice, see the 2002 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| RECIPIENT'S name  Check to enter separate first and last names.<br>Gerald  J. Demenna | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| Street address (including apt no.)<br>345 West 58th. St. Apt. 2K | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| City, state, and ZIP code<br>New York NY 10019 | | 15 | | |
| Account number (optional)<br>044286 | 2nd TIN Not. ☐ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ $ |

Form 1099-MISC DXA                                                Department of the Treasury - Internal Revenue Service

---

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 |
|---|---|---|---|
| BUCK SCIENTIFIC, INC.<br>58 FORT POINT STREET<br>EAST NORWALK CT 06855-1023<br>(203) 853-9444 | 3 Other income $ | 4 Federal income tax withheld $ | **2003**<br>Miscellaneous<br>Income |
| | 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | Form 1099-MISC |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 7 Nonemployee compensation $ 97645.54 | 8 Substitute payments in lieu of dividends or interest $ | Copy C<br>For Payer |
|---|---|---|---|---|
| 06-0899480 | 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 | | | For Privacy Act and Paperwork Reduction Act Notice, see the 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| RECIPIENT'S name  Check to enter separate first and last names.<br>Gerald  J. Demenna | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| Street address (including apt no.)<br>345 West 58th. St. Apt. 2K | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| City, state, and ZIP code<br>New York NY 10019 | | 15 | | |
| Account number (optional)<br>044286 | 2nd TIN Not. ☐ | 16 State tax withheld $ | 17 State/Payer's state no.<br>CT 7949811-000 | 18 State income $ $ |

Form 1099-MISC DXA                                                Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 |
|---|---|---|---|
| BUCK SCIENTIFIC, INC.<br>58 FORT POINT STREET<br>EAST NORWALK CT 06855-1023<br>(203) 853-9444 | 3 Other income $ | 4 Federal income tax withheld $ | **2004**<br>Miscellaneous Income<br>Form 1099-MISC |
| | 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 7 Nonemployee compensation $ 107770.10 | 8 Substitute payments in lieu of dividends or interest $ | Copy C For Payer |
|---|---|---|---|---|
| 06-0899480 | 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 | | | |

| RECIPIENT'S name   Check to enter separate first and last names. | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2004 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
|---|---|---|---|
| Gerald  J.  Demenna | | | |
| Street address (including apt no.)<br>345 West 58th. St. Apt. 2K | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| City, state, and ZIP code<br>New York NY 10019 | 15 | | |
| | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |
| Account number (optional)<br>044286 | 2nd TIN Not. ☐ | $ | | $ |

Form **1099-MISC**
DXA

Department of the Treasury - Internal Revenue Service

## Form 1099-MISC (2005)

☐ VOID  ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Buck Scientific, Inc.
58 Fort Point St
E. Norwalk, CT 06855-112[?]

| Box | Description | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | |
| 3 | Other income | |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | |
| 7 | Nonemployee compensation | $112130.44 |
| 8 | Substitute payments in lieu of dividends or interest | |

OMB No. 1545-0115
**2005** Miscellaneous Income
Form 1099-MISC
Copy C For Payer

**PAYER'S Federal identification number:** 06-0899480
**RECIPIENT'S identification number:** 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

**RECIPIENT'S name:** Gerald Demenna
**Street address:** 345 West 58th St.
**City, state, ZIP:** New York, NY 10019

For Privacy Act and Paperwork Reduction Act Notice, see the 2005 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Department of the Treasury - Internal Revenue Service

---

## Form 1099-MISC (2006)

☐ VOID  ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
BUCK SCIENTIFIC, INC.
58 FORT POINT STREET
EAST NORWALK, CT 06855
203-853-9444

| Box | Description | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | |
| 3 | Other income | |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | |
| 7 | Nonemployee compensation | $127623.36 |
| 8 | Substitute payments in lieu of dividends or interest | |

OMB No. 1545-0115
**2006** Miscellaneous Income
Form 1099-MISC
Copy C For Payer

**PAYER'S federal identification number:** 06-0899480
**RECIPIENT'S identification number:** 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

**RECIPIENT'S name:** GERALD DEMENNA
**Street address:** 345 W. 58TH STREET  APT. 2K
**City, state, ZIP:** NEW YORK, NY 10019

For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Department of the Treasury - Internal Revenue Service

Case 1:07-cv-06240-LAP   Document 10-3   Filed 08/03/2007   Page 7 of 9

Exhibit B

**Main Identity**

**From:** "Tim Sullins / AdaSci" <sullins@adasci.com>
**To:** "'Eric Anderson'" <eric@bucksci.com>
**Sent:** Monday, June 04, 2007 12:33 PM
**Attach:** ACID 5038000.pdf
**Subject:** FW: EDU-CHEM OFFICIAL INTRODUCTION

---

**From:** nancygregorio [mailto:nancygregorio@edu-chem.com]
**Sent:** Sunday, June 03, 2007 7:53 PM
**To:** 'Royce Bramlett'; 'Dom Buonocore'; 'Bill Closs'; 'Tony D'Amico'; 'Jerry DeMenna'; 'Gordon Fromm'; 'Tony Hackenberg'; 'Dave Hurley'; 'Jerry Reed'; 'Jon Selenski'; 'Jim Selenski'; 'Tim Sullins'; 'Jim Westmoreland'; 'Dan Willoughby'
**Cc:** 'Jerry DeMenna'
**Subject:** EDU-CHEM OFFICIAL INTRODUCTION

Hello Gentlemen!

Hopefully some of you will remember me when I tried to help you from my former days at Jensen Inert Products and Berghof/America. Now I'm set up to help you in a much better way with my group here at EDU-CHEM Innovations.

It seems there is a need to supplement your existing product lines from Buck Scientific, Ocean Optics, MeasureNet Technologies, etc., and we believe these additional products can increase more viable leads in your database, attract more interest to ALL your product lines at the Shows and generate more money for all of us!

Since I know most of you, and know the territories you currently have; I would like to invite you to represent the range of products available through EDU-CHEM with the same territories you cover and with full exclusivity and guaranteed commissions.

We're working with some innovative Educators... one of which you should all know and appreciate very well... a little fellow, can't hear too well, very colorful both inside a booth and outside as well. His FUN-SCIence programs are being developed for the EDU-CHEM products to provide that additional "added-value" that's worked to help you sell other products. With our primary focus on the Academic community, we've had some very nice initial activity, but please feel free to pursue any Commercial interest in these products as well.

Our Suppliers are established Vendors that either have no marketing or very poor exposure in the School area... so we've developed and will enhance their perception with our literature, ads and exposure at various shows where we'll split the space and costs with some of these vendors. This will present a good team concept to any visiting customers and the infamous Doctor there to address any questions about any of the products from any of "your" companies. Who could ask for anything more!

I'll be following up with a simple contract, product list and commission schedule for your review. I hope you'll work with us, as we can certainly all help each other become a bit more productive. In the meantime, please feel free to visit our newly updated website @ www.edu-chem.com. A few of you already have interest in the Acid Purification Apparatus which I have attached a literature sheet on for you. Let me know if you need a quote. If you have any questions, please do not hesitate to contact me. I look forward to a mutually beneficial working relationship with you.

Your "One-Stop" Source for Instrumentation, Equipment, Supplies, Consumables and Curriculum "Lab-Designs" to meet ALL your Science Teaching Needs!

6/4/2007

Gregorio
Academic Program Integrator
Edu-Chem Innovations
Toll Free 866-859-9904
Fax 561-828-0563
nancygregorio@edu-chem.com
Visit our website @ www.edu-chem.com