Exhibit C

Case 1:07-cv-06240-LAP    Document 10-4    Filed 08/03/2007    Page 1 of 8

# DU-CHEM INNOVATIONS

## Products

- Home
- Products
- Technologies
- Services
- Contact Us
- About Us
- Fun-Science

On this page we list products we offer as part of our main product line. This page is still under construction so, please check in often because we will frequently update the product pages with new items.

Click on a picture below for more information.



Model 6320 Visible Range Spectrophotometer

6305 UV/Visible Range Spectrophotometer

*equivalent*

6310 Scanning Spectrophotometer



64 Series Scanning Spectrophotometer



65 Series UV/VIS Scanning Spectrophotometer

Acid Purification Apparatus

DIS-10/11



PGT-990 Atomic Absorption Spectrophotometer

Model 310 Gas Chromatograph

GAS-LESS EDUCATION GC SYSTEM



ECI-5100 GC-MS

Email us @ info@edu-chem.com

EDU-CHEM INNOVATIONS * 101 MALAGA STREET * ROYAL PALM BEACH, FL 33411 *
CALL TOLL FREE: (866) 859-9904 * FAX: (561) 828-0563

Exhibit D

Case 1:07-cv-06240-LAP    Document 10-4    Filed 08/03/2007    Page 4 of 8



# Learn to Enjoy Technology!

## About Dr. D

 Applications

 Disciplines

 Experiments

 FAQ

 About Dr. D

### Geraldo Giovanni Alfredo DeMenna, Ph.D.
### "Doctor DeMento"

 Born in a half-Italian / half-Jewish town, Jerry learned the essence of GOOD cooking from his Neopolitan grandmother & his "adopted" Jewish aunt.

He got his first Chemistry set at age 5, graduated High School 2 years early & worked as a junior chef in NYC while attending Rutgers NCAS to study Pharmacy. He switched to Chemistry, getting his Ph.D. in Analytical Spectroscopy. He "analyzed" the foods he prepared to characterize them. 25 years later, he designs foods & flavors for Frito-Lays and other mega-companies.

"Doctor DeMento", as he was christenend long ago, maintains one of the most extensive collection of hot peppers (chilis) from around the World.

He works for a scientific instrument company, BUCK Scientific in Connecticut, so he can afford to play. He travels a lot to obtain new "samples", and is currently working on his 4th passport.

 Workshops

 On The Road with Fun-Sci

Exhibit E

January 18, 2007

Maryann Francischelli
United States Customs Service
Resident Agent in Charge
150 Court Street
Ste. 318
New Haven, CT 06510

Dear Maryann:

Buck Scientific, Inc. has received two orders from the companies listed below. Since the Instruments ordered will not ultimately go to England and Germany we thought you should be informed.

We have no reason to believe that the instruments are going to banned countries, and the instruments require no export license. Enclosed also find-signed letters from both companies assuring compliance.

Regards,

Buck Scientific, Inc.


Robert J. Anderson
President


[1]  Company:  SCO Gmbh
     Contact:   Dr. Mahmoud Akid
     Office:    Dingelstadt, Germany
     Tel:       011-49-36075-545-70
     Fax:       011-49-36075-545-77
     E-mail:    MAkid@dr-akid-sco.de
     End User:  University of Sharjah, Sharjah, UAE

[2]   Company:   C.B.S. (Preston) Ltd.
      Contact:   Daniel Valacheck
      Office:    Preston (LANCS), England
      Tel:       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-654926
      Fax:       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-700203
      E-mail:    Daniel@cbspreston.co.uk
      End User:  Feed Department/Animal Affair Deputy
                 Yerevan, Armenia