Exhibit F



# EDU-CHEM INNOVATIONS

*101 Malaga Street*
*Royal Palm Beach, FL 33411*
*Toll Free: (866) 859-9904*
*Phone: (561) 337-4665*
*Fax: (561) 828-0563*
*Email: sales@edu-chem.com*
*Visit our Website @ www.edu-chem.com*

# Quotation

| To: | |
|---|---|
| Company: | JUNIATA COLLEGE |
| Attn: | TARA FITZSIMMONS |
| Email: | fitzsit@juniata.edu |
| Telephone: | 814-641-3543 |

QUOTATION NUMBER: 709140
DATE: APRIL 18, 2007

| QUANTITY | ITEM # | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 1 – 3 UNITS | EDU-SPEC-6405 | SINGLE BEAM UV/VISIBLE RANGE SCANNING SPECTROPHOTOMETER (190 – 1100nm) WITHOUT PRINTER | 4238.00 |
| 4 – 6 UNITS | | | 4068.50 |
| 7 – 9 UNITS | | | 3983.75 |
| 10 + UNITS | | | 3898.50 |
| 1 – 3 UNITS | EDU-SPEC-6412 | PRINTER OPTION (1) FACTORY FITTED INTERNAL "CASH REGISTER" TYPE PRINTER | 1034.00 |
| 4 – 6 UNITS | | | 992.65 |
| 7 – 9 UNITS | | | 971.95 |
| 10 + UNITS | | | 951.30 |
| 1 – 3 UNITS | EDU-SPEC-2828 | PRINTER OPTION (2) EXTERNAL SERIAL PRINTER AND CALBE | 395.00 |
| 4 – 6 UNITS | | | 379.20 |
| 7 – 9 UNITS | | | 371.30 |
| 10 + UNITS | | | 363.40 |
| 1 – 3 UNITS | EDU-SPEC-6442 | OPTIONAL EIGHT POSITION MOTORIZED MULTI CELL CHANGER | 965.00 |
| 4 – 6 UNITS | | | 926.40 |
| 7 – 9 UNITS | | | 907.10 |
| 10 + UNITS | | | 887.80 |

# EDU-CHEM INNOVATIONS

*101 Malaga Street*
*Royal Palm Beach, FL 33411*
*Toll Free: (866) 859-9904*
*Phone: (561) 337-4665*
*Fax: (561) 828-0563*
*Email: sales@edu-chem.com*
*Visit our Website @ www.edu-chem.com*

# Quotation

| To: | |
|---|---|
| Company: | JUNIATA COLLEGE |
| Attn: | TARA FITZSIMMONS |
| Email: | fitzsit@juniata.edu |
| Telephone: | 814-641-3543 |

QUOTATION NUMBER: 701250
DATE: MAY 21, 2007

| QUANTITY | ITEM # | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 1 – 3 UNITS | EDU-SPEC-6310 | MODEL 6310 VISIBLE RANGE SCANNING SPECTROPHOTOMETER (320-1000NM) SUPPLIED WITH MAINS LEAD, PACK 100 DISPOSABLE CUVETTES, 10X10MM CELL HOLDER AND INSTRUCTION MANUAL. | 3392.00 |
| 4 – 6 UNITS | | | 3256.30 |
| 7 – 9 UNITS | | | 3188.50 |
| 10 + UNITS | | | 3120.65 |
| 1 – 3 UNITS | EDU-SPEC-6310PRINT | SPECTROPHOTOMETER PRINTER W/ CABLE | 395.00 |
| 4 – 6 UNITS | | | 379.20 |
| 7 – 9 UNITS | | | 371.30 |
| 10 + UNITS | | | 363.40 |
| | | | |
| | | | |
| | | | |
| | | | |



Web   Images   Video   News   Maps   **Desktop**   more »

juniata          [Search]   Desktop Preferences | Advanced Search

**Cached messages**                                             Message *13* of *13* in conversation

« Older | Newer »   View Entire Thread (13)   Reply | Reply to all | Forward | View in Outlook

✉ **Fwd: RE: Fw: tech question about peak simple**

From: <chemchek@aol.com>
To: John (& Annette) Mellor <john@bucksci.com>, Derek (& Molly) Hodgeman <derek@bucksci.com>, stephen@bucksci.com, Eric Anderson <eric@bucksci.com>
Date: Apr 04 2007 - 8:27am

See! I've never had good success with those USB Adapters...

FYI,

DeMento in Agony Mountains
**********************
-----Original Message-----

From: "Bernauer, Bob"
Subj: RE: Fw: tech question about peak simple
Date: Wed Apr 4, 2007 9:05 am
Size: 12K
To:

Thanks for the response.
It is an issue with an emulator which for some reason I cannot get to work. Easiest is to change computers to one with a com port so that is next.

Thanks again
Bob Bernauer



From: ChemChek@aol.com [mailto:ChemChek@aol.com]
Sent: Wednesday, April 04, 2007 1:12 AM
To: Bernauer, Bob
Cc: Eric Anderson / Sales & Mktng; Stephen Zakrewski / Inside Sales; John Mellor / GC-LC Department
Subject: Re: Fw: tech question about peak simple


Bob,

If you have the Manunal... this is covered in the beginning of thPeak-Simple Section... and means you do not have the correct Comm-Port selected and the GC / PC cannot communicate.

You have to press several times and then "OK" when the "ACQUISITION" Screen pops up with the count-down Timer to EXIT this mode... then go into "EDIT", "OVERALL" and select the proper Comm-Port. Always SAVE the updated "Control File" whenever you make a change... as these are the parameters that are loadedwith the Software.

I am enclosing one of my Mini-Guides for the GC / Peak-simple Operation if you do not have a chance to go through the complete Manual (and please reply to JOHN@BUCKSCI.COM if you do not have the Manual and he'll get one out to you).

Are you using an ACTUAL Comm-Port or a "Virtual Adapter" on a USB Port... as the latter often does not provide TRUE EMULATION of an RS-232 Serial Port. Maybe your WXp is having a problem if using an Emulator, as well. Call John at BUCK (800-562-5566) if this is the case.

Call me, too, if you still have these set-up problems... as usually we have no difficulties when new Users start up with the proper conditions... and I'm running around the Mid-West to the North-East covering the Natl ACS / Chicago, NSTA / St. Louis, Freshman Gen Chem / U. of Cincinnati, Science-in-Motion Workshop / OSU - Columbus and tomorrow at Juniata College in the middle of the PA Pcono mountains... so will get a Phone Call before my E-Mail for a few days.


Regards,

Dr. Jerry DeMenna, Ph.D.
General Manager / App-Lab Specialist
CELL: 800-531-CHEM
*******************************


----- Original Message -----
From: Bernauer, Bob
To: sales@bucksci.com
Sent: Friday, March 30, 2007 11:37 AM
Subject: tech question about peak simple

I'm on the learning curve with the peak simple software and the model 910 GC we recently purchased.

Every 15 seconds or so a window pops onto the screen with the heading;

Data Acquisition System
And it keeps
Waking up
Signing on
Setting modules
Calibrating


While this occurs I have no input available which is very inconvenient if I have just injected and want to run the program.

Is this normal for the software?


Thank you

Robert Bernauer
Bellarmine university
Louisville, ky
bbernauer@bellarmine.edu

*****************************************
See what's free at http://www.aol.com.

This e-mail was scanned for viruses using BitDefender

« Older | Newer »   View Entire Thread (13)   Reply | Reply to all | Forward | View in Outlook

juniata                                    [Search]

Google Desktop Home - Browse Timeline - Index Status - Privacy - About - ©2007 Google