**Google Desktop**

Web   Images   Video   News   Maps   Desktop   more »

juniata                      [Search]   Desktop Preferences / Advanced Search

**Cached messages**                              Message **2** of **2** in conversation

« Older | Newer »   View Entire Thread (2)   Reply | Reply to all | Forward | View in Outlook

✉ **Buck Scientific (Juniata College / Science-In-Motion)**

From: Stephen T. Zakrewski <Stephen@bucksci.com>
To: <cardyD@aol.com>
CC: <ChemChek@aol.com>, Eric Anderson <eric@bucksci.com>
Date: Jan 25 2007 - 3:05pm

📎 AA CATALOG 2005.pdf - 790k
  2005 GC Catalog.pdf - 212k
  2005 HPLC Brochure.pdf - 710k
  M500 2003.pdf - 537k
  vis 100 105.pdf - 513k
  100 & 105 Price List 2006.PDF - 9.3k
  205 AAS Price List 2006.PDF - 11k
  210 AAS Price List 2006.PDF - 11k
  211 AAS Price List 2006.PDF - 11k
  220GF Price List 2006.PDF - 9.4k
  910 GC Price List 2006.PDF - 12k
  HPLC Price List 2006.PDF - 14k
  M500 Price List 2006.PDF - 10k - View in Outlook

Juniata College
HYPERLINK "http://www.science-in-motion.com"www.science-in-motion.com
Darrel Cardy
9925 Silver Creek Road
Whitehall, MI 49461-9136
Tel: 231-894-5541
Email: HYPERLINK "mailto:cardyD@aol.com"cardyD@aol.com

Hello Darrel,

Thank you for your time earlier today. As per our conversation, I've attached price lists and brochures for our complete line of scientific instrumentation. I've also mailed hard copies, you should receive them early next week.

Feel free to contact Dr. Jerry DeMenna (Head Chemist) to discuss your applications / requirements:

Dr. DeMenna
Tel: 800-531-2436
Email: HYPERLINK "mailto:chemchek@aol.com"chemchek@aol.com

Please let us know if you have any questions or if there is anything we can do for you.

Best Regards,
Stephen Zakrewski
800-562-5566
HYPERLINK "mailto:stephen@bucksci.com"stephen@bucksci.com

This e-mail was scanned for viruses using BitDefender

« Older | Newer »   View Entire Thread (2)   Reply | Reply to all | Forward | View in Outlook

juniata [Search]

Google Desktop Home - Browse Timeline - Index Status - Privacy - About - ©2007 Google

✉ **Summary of Pittcon Leads Follow-up**

From: TEAInc@aol.com
To: tony@bucksci.com, eric@bucksci.com, ChemChek@aol.com
Date: Apr 04 2006 - 9:15am

Five Leads-

York College-Plans to purchase M500 this summer. Had already qualified before Pittcon

Gibbs Energy- No answer. Sent e-mail. Will continue to call.

Juniata College- Left message. Will follow-up by e-mail and phone.

Glaxo Smith Kline- Looking for Jim Westmoreland. No interest in Buck Products

Rohm and Haas- Collecting literature.

———

This e-mail was scanned for viruses using BitDefender

« Older | Newer »    View Entire Thread (2)    Reply | Reply to all | Forward | View in Outlook

✉ **CR-Juniata College**

From: TEAInc@aol.com
To: ChemChek@aol.com, eric@bucksci.com, tony@bucksci.com
Date: Apr 26 2006 - 12:19pm

CR-Juniata College, Dr. Richard Hark, 4/26

Lead form both Pittcon and ACS for GFAA. Got information I sent him. Will keep it on file. No intention of purchasing GFAA now. Asked about budget. Wouldn't have enough money to purchase in college budget, only through grant. Asked him to contact us if things developed. We would like to get involved in showing him what we had to offer.

———

This e-mail was scanned for viruses using BitDefender

**EDU-CHEM INNOVATIONS**

*101 Malaga Street*
*Royal Palm Beach, FL 33411*
Toll Free: (866) 859-9904
Phone: (561) 337-4665
Fax: (561) 828-0563
Email: sales@edu-chem.com
Visit our Website @ www.edu-chem.com

# Quotation

| To: | |
|---|---|
| Company: | CORNELL UNIVERSITY |
| Attn: | MARGARET WILDE FREY |
| Email: | mfw24@cornell.edu |
| Telephone: | 607-255-1937 |

QUOTATION NUMBER: 705240
DATE: APRIL 25, 2007

| QUANTITY | ITEM # | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 1 EACH | ECI-5100-GC-MS | INCLUDES THE FOLLOWING: | |
| 1 | EDU-DPS600-GC | I-CHANNEL GC WITH MICRO-TCD, SPLIT INJECTOR, EPC CONTROL | |
| 1 | EDU-ADDMS-4500 | MASS SPECTROMETER, RevB, 450AMU; INCLUDES TURBO PUMP | |
| 1 | EDU-MSTATION | CONFIGURED WXP DESKTOP W/ GC & MSD SOFTWARE | |
| 1 | EDU-INSTALL-KIT | 30M Mxt-I CAP COLUMN, ROUGHING PUMP, HELIUM GAS KIT W/ REGULATOR & TUBING, SPARE SYRINGES & SEPTA | |
| 1 | EDU-GCMS-KIT | INSTALLATION AND OPERATION DVD, FUN-SCI CG-MS LABS | |
| | | **NORMAL LIST PRICE FOR ALL OF ABOVE** | $35,250.00 |
| | | **PROMOTIONAL ACADEMIC PACKAGE COST (YOUR COST)** | $29,975.00 |
| 1 | MISC-TRAIN | MISCELLANEOUS / ON-SITE INSTALLATION & TRAINING | $1,000.00/DAY |



Web  Images  Video  News  Maps  **Desktop**  *more »*

MARGARET WILDE FREY  [Search]  Desktop Preferences / Advanced Search

**Cached messages**                           Message *3* of *5* in conversation

*« Older | Newer »*   View Entire Thread (5)    Reply | Reply to all

✉ **Re: Emailing: billACS.adb, billACS.adx, billACS.blb, billACS.dbf, billACS.ddb...**

From: Eric Anderson <eric@bucksci.com>
To: <BuckSciNE@aol.com>
Reply-To: Eric Anderson <eric@bucksci.com>
Date: Apr 23 2007 - 2:50pm

Try these

e

----- Original Message -----
From: BuckSciNE@aol.com
To: eric@bucksci.com
Sent: Monday, April 23, 2007 10:55 AM
Subject: Re: Emailing: billACS.adb, billACS.adx, billACS.blb, billACS.dbf, billACS.ddb...

Eric,

Thanks for the leads....but I can't open the files....last time these came through as a text delimited file....can you send that way, or an excel file ?

Thanks,

Bill

---

See what's free at AOL.com.

---

This e-mail was scanned for viruses using BitDefender

COMPANY NAME ADDR1 ADDR2 CITY STATE ZIP IDSTATUS PHONE SALUTATION LTTR DATE TITLE USER1 USER2 USER3 USER4 USER5 USER6 USER7 USER8 FNAME LNAME
Syracuse University Miriam Gillett-Kunnath 7642 Harvest Home Place Liverpool NY 13088-3612 Prospect "3158776179 |1|0| ""(--" Miriam 20070412 Ms. General Mailer "ACS - Spring 2007 - Chicago, IL" March 2007 Trade Show "GC, General Mailer, edu pkg." William Closs at 860-604-1787 Stephen Zakrewski Educational Miriam Gillett-Kunnath
Cornell University Margaret Wilde Frey 299 MVR Hall Ithaca NY 14853-4401 Prospect "6072551937 |1|0| ""(--" Margaret 20070412 Prof. General Mailer "ACS - Spring 2007 - Chicago, IL" March 2007 Trade Show "general mailer, edu pkg." William Closs at 860-604-1787 Stephen Zakrewski "educational, FIBER" Margaret

Wilde Frey
Haartz Corp. Mary Mahaney 12 Commonwealth Ave. Dedham MA 02026-1435
Prospect "7813266472 |1|0| ""(--" Mary 20070412 Dr. "210 VGP, GC, HPLC" "ACS -
Spring 2007 - Chicago, IL" March 2007 Tony called "210, GC, HPLC" William Closs
at 860-604-1787 Stephen Zakrewski Mary Mahaney

« Older | Newer »    View Entire Thread (5)    Reply | Reply to all

[ MARGARET WILDE FREY ]    Search

Google Desktop Home - Browse Timeline - Index Status - Privacy - About - ©2007 Google