Exhibit G

Case 1:07-cv-06240-LAP    Document 10-7    Filed 08/03/2007    Page 2 of 5

Google Desktop: Fwd: RE: Hi, Friends!    Page 1 of 3



Web   Images   Video   News   Maps   Desktop   more »

Terri C. Boman    [Search]    Desktop Preferences / Advanced Search

**Cached messages**    Message 3 of 3 in conversation

« Older | Newer »    View Entire Thread (3)    Reply | Reply to all

✉ **Fwd: RE: Hi, Friends!**

From: <chemchek@aol.com>
To: Eric Anderson <eric@bucksci.com>
Date: Jun 18 2007 - 6:54pm

-----Original Message-----

From: "Boman, Terri"
Subj: RE: Hi, Friends!
Date: Tue May 22, 2007 4:03 pm
Size: 8K
To:

Glad to hear things are going well! My son is also 17 and is considering himself a senior in 3 days. He is excited to be out of school. WE are going on a trip next week and spend some time sunning my buns at the beach. Life is going well. I am looking forward to seeing you at NSTA. I will recommend EDU-CHEM to everyone that I see! When do you think Nancy will be sending me the quote? WE were thinking of purchasing GC's with end of the year money! Great to hear from you,
Terri

Terri C. Boman
Associate Director
UA/UWA In-Service Center
Office: 205.348.6951
Cell: 205.332.2842
Fax: 205.348.0992
tboman@bamaed.ua.edu

This e-mail, and any attachments thereto, is/are intended only for the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.
From: ChemChek@aol.com [mailto:ChemChek@aol.com]
Sent: Tuesday, May 22, 2007 7:53 AM
To: Boman, Terri
Subject: Re: Hi, Friends!

Hello, My Dear!

I'm glad you're moving up in the World of Alabama Education... and it seems ol' Doctor Jerry needs to get back in touch with all his Southern Belles again!

Maybe I can see y'all at the ASTA / Rgnl NSTA early in December... I think I can afford a Booth there!

Family life... when I'm home at least... is OK... but my boy, Thomas, is turning 17

next month and he's itching to be a NASCAR driver already... not that HE can afford the NJ Car Insurance! (and neither can his ol' man at this rate!).

Business-wise... things are a-changing at BUCK... and confidentially it may not exist in a year... but FEAR NOT! Shining Knight Jerry will always be there to protect all his Lady Loves... and you are the only one to get a Cigar Band commitment, by the way.

As you know, my associate, Nancy Gregorio and I set up a "supplemental company; EDU-CHEM Innovations, to carry some stuff that the management at BUCK was not interested in promoting... and she's made arrangements to cover the other items as well... including the HPLC, GC and a line of smaller, lighter UV-Vis Specs (same company that makes the Spec-20 replacements).

I'll aks her to forward a Quotation for you on these four (4) Air-GC systems... and they will be the SAME ones that BUCK sells (since they never really made them... just bought them and re-sold them... FYI)... and the price will be the same $4995 that BUCK used to sell them for (their prices have gone up ~$500 to try and make the profits look better for their "buyer"!).

Please, too, let anyone else you may talk to about instruments know that lil' Jerry is working with EDU-CHEM and to at least give us an opportunity to provide a Quotation (since my BUCK revenues have been dropping... and I'm still trying to keep Gwen & the Kids covered financially as best I can... so every little bit helps, as they say!). Thanks!

Be well, my special Friend... and I hope the Summer is a peaceful one for you... I've already got 4 weeks of travel planned so far... and it's just gonna keep piling up! I'll have to visit Lake Lurleen again and try not to drown this time!


Peace, Love & Happiness!

lil' Jerry... Cigar Band ex-Fiancee

*******************************************


Subj:RE: Hi, Friends!
Date:5/21/2007 11:55:12 AM Eastern Daylight Time
From:tboman@bamaed.ua.edu
To:ChemChek@aol.com
Sent from the Internet

Hi, Jerry, great to hear from you! I hope all is well with you, Veronica and your children. I am doing great. I do have a new job. I am no longer the chemistry specialist, now I am the supervisor of all three specialist – chemistry, physics and biology and a technology specialist. WE have decided to take a closer look at purchasing the Buck GC's. Could you send me a quote on 4 Buck GC's? You can send it to me electronically or fax it to the number below.

Thanks so much! Terri

Terri C. Boman
Associate Director
UA/UWA In-Service Center
Office: 205.348.6951
Cell: 205.332.2842
Fax: 205.348.0992
tboman@bamaed.ua.edu

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
See what's free at http://www.aol.com.

This e-mail was scanned for viruses using BitDefender

« Older | Newer »   View Entire Thread (3)   Reply | Reply to all

[Terri C. Boman]   [Search]

Google Desktop  Home - Browse Timeline - Index Status - Privacy - About - ©2007 Google




# EDU-CHEM INNOVATIONS
"YOUR ONE-STOP SOURCE FOR ALL YOUR SCIENCE TEACHING NEEDS"

## QUOTATION

| DATE | QUOTE # |
|---|---|
| 05/30/2007 | 600306 |

**TO:**
University of Alabama Arts & Sciences
Attn: Terri C. Boman, Associate Director
UA/UWA In-Service Center
Fax: 205.348.0992
tboman@bamaed.ua.edu

| TERMS | REP | FOB | SHIP VIA |
|---|---|---|---|
| Net 30 | JD | Origin - PP&A | UPS Ground |

| Qty | Item | Description | Rate |
|---|---|---|---|
| 1 | EDU-0310-1006-GC | 310 EDUCATION GAS CHROMATOGRAPH, SERIAL CHASIS, 110VAC 60 HZ. INCLUDES AMBIENT-TO-400C TEMPERATURE PROGRAMMABLE COLUMN OVEN (W/FAST COOLING FANS & CIRCUITRY), SINGLE COLD ON-COLUMN INJECTION PORT, LED TEMPERATURE, VOLTAGE AND PRESSURE READOUT, CCD DETECTOR, INTERNAL WHISPER-QUIET AIR COMPRESSOR, BUILT IN 1 CHANNEL SERIAL DATA SYSTEM INTERFACE, PEAKSIMPLE SOFTWARE FOR WINDOWS XP, 98, ME, 2000 & VISTA, 6' RS-232 CABLE (DB-9) & OPERATION SERVICE MANUAL. REUSABLE PROTECTIVE PLASTIC SHIPPING CONTAINER PROVIDED. | 4,995.00 |
| 1 | EDU-8600-PKC1 | 3' X 1/8" SS SILICA GEL PACKED COLUMN (INCLUDED @ NO COST) | 0.00 |
| 1 | EDU-FUNSCI-GC | COMPLETE SET OF FUN-SCIENCE EXPERIMENTS SPECIFICALLY FOR EDU-0310-1006-GC, 24/7 TECHNICAL SUPPORT AND ENROLLMENT IN THE FUN-SCIence ACADEMICS GROUP TEACHERS CLUB INCLUDED @ NO COST (ONLY AVAILABLE THRU EDU-CHEM)<br><br>ABOVE PRICE IS FOR 1 - 4 UNITS<br>PRICE FOR 5 - 9 UNITS IS $ 4895.00 EACH<br>PRICE FOR 10 OR MORE UNITS IS $ 4745.00 EACH | 0.00 |
| 1 | SHIPPING | SHIPPING (APPROXIMATE SHIPPING CHARGES PER UNIT) | 95.00 |

101 Malaga Street * Royal Palm Beach, FL 33411 * Toll Free - (866) 859-9904 * Fax - (561) 828-0563
Visit our Website @ www.edu-chem.com