Exhibit H

Staples.com®. that was easy®.    Page 1 of 1



# Order Details: 9167405874

Reorder Items

- Order Date: **11/27/2006**
- Order Number: **9167405874**
- Total Ordered: **$99.28**

**Delivery Address**

ERIC ANDERSON

BUCK SCIENTIFIC

58 FORT POINT STREET

E. NORWALK

CT 06855

**Payment Summary**

| Subtotal: | $99.28 |
|---|---|
| Coupon Total: | $0.00 |
| Delivery: | $0.00 |
| Tax: | $0.00 |
| Total Ordered: | $99.28 |

**Payment Method:**
Staples Card ending in.... 7752
Expiring  00/00

**Shipment 1** Status: **Delivered** via **UPS**

Track This Shipment

| Item No. | Item Name | Quantity Shipped | Item Total | Status |
|---|---|---|---|---|
| 782185 | BATTERY AA 12 PACK | Qty Shipped: 1 at $9.89 /each | $9.89 | Delivered Track |
| 649532 | PNY 2GB SD CARD | Qty Shipped: 2 at $34.98 /each | $69.96 | Delivered Track |
| 797324 | EQUAL PACKETS | Qty Shipped: 1 at $5.65 /each | $5.65 | Delivered Track |
| 572642 | 6/PK FLUFF-OUT FACIAL TISSUES | Qty Shipped: 2 at $6.89 /each | $13.78 | Delivered Track |

*See our delivery policy for full details.

Copyright 2007, Staples, Inc. All Rights Reserved.

Questions? Call 1-800-3STAPLE (1-800-378-2753) or email us at http://www.staples.com/emailus.



https://www.staples.com/webapp/wcs/stores/servlet/StaplesMyOrderDetail?ts=1184691605566&zipCode=...    7/17/2007

Exhibit I

## Academic Users of BUCK Scientific Instruments

| Institution | City | State | Contact | Phone |
|---|---|---|---|---|
| Roger Williams University | Bristol | RI | Dr. Richard Koch | 401-254-3030 |
| *Sacred Heart University / OUTREACH* | *Fairfield* | *CT* | *Dr. Dhia Habboush* | *203-371-7795* |
| Samford University | Birmingham | AL | Drs. Duffey & Garza | 205-726-2724 |
| San Mateo Community College | San Mateo | CA | Dr. Kate Deline | 650-574-6600 |
| Schriner College | Kerrville | TX | Donna Beck | 210-896-5411 |
| Shelby State Comm. College | Memphis | TN | Dr. Felicia Lee | 901-333-7822 |
| Shore Line Comm. College | Seattle | WA | Jay Brewer | 206-546-4519 |
| South Dakota State Univ. | Brookings | SD | Michael Smar | 605-668-4248 |
| South-West Oregon C.C. | Coos Bay | OR | Ann Sylvia | 541-888-7275 |
| Spelman College | Atlanta | GA | Dr. Peter Chen | 404-681-3643 |
| Springfield College | Springfield | MA | Prof. Frank Torre | 413-748-3181 |
| St. John's River Comm. College | Palatka | FL | Dr. Rosalyn Humerick | 904-312-4212 |
| *** *St. Louis Comm. Coll. / CHEM-ED* | *St. Louis* | *MO* | *Dr. Tom Mines* | *314-595-4386* |
| Stevens Inst of Technology | Hoboken | NJ | Prof. Anne Aguano | 201-216-5000 |
| SUNY - Stony Brook | Stony Brook | NY | Dr. Gary Halada | 631-632-8526 |
| Swarthmore College | Swarthmore | PA | Prof. Art McGarity | 610-328-8077 |
| *Temple University* | *Philadelphia* | *PA* | *Susan Varnum-Jansen* | *215-204-7118* |
| Temple University | Philadelphia | PA | Dr. Dave Kargbo | 215-204-7871 |
| Texas State Technical Coll. | Austin | TX | Mr. Cox | 210-425-0736 |
| Trebecca Nazzarene Univ. | Nashville | TN | Dr. Chris Farrell | 615-248-1200 |
| Troy State University / ASIM | Troy | AL | Dena Byars | 334-670-3704 |
| Tufts University | Medford | MA | Mary Shultz | 617-627-3477 |
| Tuskeegee University | Tuskeegee | AL | Sanjeeve Roy | 334-727-8978 |
| *** *University of Alabama / ASIM* | *Birmingham* | *AL* | *Cindy Willingham* | *205-975-9430* |
| University of Alabama | Birmingham | AL | Dr. Jackie Nichols | 205-975-9410 |
| ** *University of Alabama / ASIM* | *Tuscaloosa* | *AL* | *Terri Boman* | *205-348-0443* |
| University of Arizona | Tuscon | AR | Dr. Barbara Timmermann | 520-626-2481 |
| University of Delaware | Newark | DE | Prof. Douglas Taber | 302-831-2433 |
| University of Maryland | Baltimore | MD | Dr. Shahamt | 410-234-8881 |
| University of Massachsetts | Amhearst | MA | Dr. Claus Nusslein [BIO] | 413-545-2318 |
| *University of Massachsetts* | *Amhearst* | *MA* | *Dr. Dave Sommerfeld* | *413-545-4634* |
| University of Mississippi | Oxford | MS | Ms. Kerri Scott [CHEM] | 662-915-7301 |
| University of Mississippi | Oxford | MS | Dr. Williford [CHEM. ENG.] | 662-915-5347 |
| University of Montevallo / ASIM | Montevallo | AL | Rebecca Richardson | 205-665-6468 |
| University of Montevallo | Montevallo | AL | Dr. Houston Byrd | 205-665-6480 |
| University of Oklahoma | Norman | OK | Dr. John O'Haver | 405-325-5811 |
| *** *University of So. Alabama / ASIM* | *Mobile* | *AL* | *Sam Fleming* | *334-460-7421* |
| University of Vermont | Burlington | VT | John Sharp | 802-656-0283 |
| ** *Ursinus College / OUTREACH* | *Collegeville* | *PA* | *Prof. Vic Tortorelli* | *610-459-4111* |
| Virginia Polytechnic Univ. | Roanoke | VA | Dr. Graybeal, Gary Long | 540-231-5997 |
| Wesley College | Wilmington | DE | Dr. Donald Boon | 302-736-2528 |
| Western N.E. College | Springfield | MA | Peter Ball | 413-734-1348 |
| Westminster College | Salt Lake City | UT | Dr. William Pool | 801-832-2352 |
| Wilkes University / OUTREACH | Wilkes-Barre | PA | Dr. Terri Wingot | 570-831-5000 |
| Wingate University | Wingate | NC | Prof. James Hall | 704-233-8235 |
| Yale Medical School | New Haven | CT | Dr. Kerri Rhoden | 203-562-9901 |