```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :
GERALD J. DEMENNA, individually      :   07 CV 6240 (LAP)
and d/b/a CHEM-CHEK CONSULTING,      :
                                     :
              Plaintiffs,            :
                                     :
   -against-                         :
                                     :
BUCK SCIENTIFIC, INC., ROBERT J.     :   ORDER
ANDERSON, and ERIC ANDERSON, and     :
DAN WILLOUGHBY, individually and     :
d/b/a D&N SCIENTIFIC,                :
                                     :
              Defendants.            :
                                     :
------------------------------------x
                                     :
BUCK SCIENTIFIC, INC.,               :
                                     :
         Counterclaim Plaintiff,     :
                                     :
   -against-                         :
                                     :
GERALD J. DEMENNA,                   :
                                     :
         Counterclaim Defendant.     :
                                     :
------------------------------------x
```

THIS MATTER having been brought before the Court upon the application of defendants Buck Scientific, Inc., Robert J. Anderson, Eric Anderson and Counterclaim Plaintiff Buck Scientific, Inc. (collectively, "Buck Defendants"), for an order denying plaintiff Gerald J. DeMenna a preliminary injunction against the defendants and granting the defendant Buck Scientific a preliminary injunction against

plaintiff; and notice having been given to all parties; and the Court having considered the parties' submissions; and for good cause shown;

IT IS, on this \_\_\_\_ day of _____, 2007,

ORDERED that Plaintiff's Motion for a Preliminary Injunction is hereby DENIED;

IT IS FURTHER ORDERED that the motion of defendants for a Preliminary Injunction, granting to defendants a preliminary injunction preventing plaintiff DeMenna from using, utilizing, selling, transferring, disseminating or otherwise deriving any profit from any information or data in DeMenna's possession, custody and control, whether in hard copy or electronic or some other format, which lists, concerns or relates to Buck Scientific's customers, customer prospects or business affairs, and other relief in the above-captioned action, is hereby GRANTED; and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel within \_\_\_ days of its receipt.

_____
Hon. Loretta A. Preska, U.S.D.J.