Certificate of Service
===

I, Michael Ferch, hereby certify that on this date, a copy of the within Notice of Cross-Motion, Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction and in Support of Defendants' Cross-Motion for a Preliminary Injunction against Plaintiff, Affidavit of Eric Anderson and supporting Exhibits, and this Certificate of Service were sent via overnight delivery to:

> Joel J. Reinfeld, Esq.
> Fischer Porter & Thomas, P.C.
> Attorneys for Plaintiff
> 440 Sylvan Avenue, Suite 130
> Englewood Cliffs, New Jersey 07632
> (201) 569-5959

> LAW OFFICES OF GEORGE BIRNBAUM
> Attorneys for Defendants/
> Counterclaim Plaintiff
> 130 West 57th Street/#5B
> New York, New York 10019
>
> By: _____
>     Michael L. Ferch

Dated: August 2, 2007