## FISCHER PORTER & THOMAS, P.C.

ATTORNEYS AT LAW
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NJ 07632-2700
TELEPHONE: (201) 569-5959
TELECOPIER: (201) 871-4544
WWW.FPMTLAW.COM

JAY D. FISCHER
ARTHUR L. PORTER, JR.
ALAN C. THOMAS **
DONALD H. LARSEN **

MATTHEW L. SELDIN
DOMINICK MINERVINI ■
AARON F. ALBERT

COUNSEL

FREDERICK M. MINTZ •
ALAN P. FRAADE •

OF COUNSEL

EDDIE RAYNORD HADDEN **
HOWARD P. DAVIS
REENA FORST ◊
PETER H. TILEM ◆
BART J. EAGLE •
JOEL J. REINFELD

250 WEST 57TH ST SUITE 1644
NEW YORK, NY 10107-1805
TELEPHONE (212) 545-1021
TELECOPIER (212) 545-8102

165 NORTH MAIN ST
NEW CITY, NY 10956-3850
TELEPHONE (845) 708-0501
TELECOPIER (845) 639-3202

2065 BOSTON POST RD
LARCHMONT NY 10538-3044
TELEPHONE (914) 833-9765
FACSIMILE (914) 833-9788

70 BLOOMFIELD AVENUE
PINE BROOK, NJ 07058-0737

• N.Y. BAR ONLY
** N.J. BAR ONLY
◊ N.Y., N.J. & D.C. BARS
■ N.J. & PA BARS
◆ N.Y. & C.T. BARS

PLEASE RESPOND TO
ENGLEWOOD CLIFFS, NJ OFFICE

SENDER'S E-MAIL ADDRESS:
jreinfeld@fpmtlaw.com

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/6/07*

August 3, 2007

VIA: **FACSIMILE 212-805-7941 ONLY**

The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
Room 1320
New York, New York 10007

    RE: DeMenna v. Buck Scientific, Inc., et al;
      Souther District of New York Case No 07 CV 6420 (LAP)

Dear Judge Preska:

  Confirming my telephone conversation with your Law Clerk of this date, Plaintiff wishes to adjourn the Hearing of the TRO from Wednesday August 8, 2007, at 9:00 a.m. until Tuesday August 21, 2007, at 2:30 p.m. This adjournment is with the consent of my adversary and all temporary restraints will remain in place. We would greatly appreciate it if your Honor would advise us prior to the return date as to whether oral testimony will be required.

  Thank you for your consideration.

              Very truly yours,

              Joel J. Reinfeld

cc: George P. Birnbaum, Esq.
   (Via facsimile only 212-956-4596)
   Dr. Gerald J. DeMenna

*So ordered
Loretta A. Preska
USDJ
August 3, 2007*

P:\DeMenna, Jerry\Correspondence\Letter to J Preska 08-03-07.wpd