UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD J. DEMENNA, individually and d/b/a CHEM-CHEK CONSULTING,<br><br>Plaintiff,<br><br>– against –<br><br>BUCK SCIENTIFIC, INC., ROBERT J. ANDERSON, and ERIC ANDERSON,<br><br>Defendants. | **CIVIL ACTION**<br><br>CASE NO. 07-CV-6240 (LAP)<br><br>**PLAINTIFF'S ANSWER TO COUNTERCLAIM** |

Plaintiffs, GERALD J. DEMENNA, individually and d/b/a CHEM-CHECK CONSULTING, by way of Answer to Defendant's Counterclaim says as follows:

1. Plaintiffs ADMIT the allegations contained in Paragraph 125 of the Counterclaims.

2. Plaintiffs ADMIT the allegations contained in Paragraph 126 of the Counterclaims.

3. Plaintiffs DENY the allegations contained in Paragraph 127 of the Counterclaims.

4. Plaintiffs DENY the allegations contained in Paragraph 128 of the Counterclaims.

5. The allegations of Paragraph 129 do not require a response.

6. Plaintiffs DENY the allegations contained in Paragraph 130 of the Counterclaims.

7. Plaintiffs DENY the allegations contained in Paragraph 131 of the Counterclaims.

8. The allegations of Paragraph 132 do not require a response.

9. Plaintiffs DENY the allegations contained in Paragraph 133 of the Counterclaims.

10. Plaintiffs DENY the allegations contained in Paragraph 134 of the Counterclaims.

11. The allegations of Paragraph 135 do not require a response.

12. Plaintiffs DENY the allegations contained in Paragraph 136 of the Counterclaims.

13. Plaintiffs DENY the allegations contained in Paragraph 137 of the Counterclaims.

14. Plaintiffs DENY the allegations contained in Paragraph 138 of the Counterclaims.

## AFFIRMATIVE DEFENSE

The Defendants Counterclaim is barred by the doctrine of unclean hands.

WHERFORE, premises considered, Plaintiffs demand that the Court dismiss the Defendants' Counterclaim, with prejudice and award him costs of suit.

Dated: August 10, 2007

> FISCHER PORTER & THOMAS, P.C.
> 440 Sylvan Avenue, Suite 130
> Englewood Cliffs, NJ 07632
> *Attorneys for Plaintiffs*
>
> By: _____
> JOEL J. REINFELD

To: George P. Burnbaum, Esq. and Michael L. Ferch, Esq.
    130 West 57th Street, Suite 5B
    New York, NY 10019

## CERTIFICATE OF SERVICE

I do hereby certify that on this date, a copy of the within Answer to Counterclaim and this Certificate of Service were sent via overnight delivery to:

> The Law Offices of George Burnbaum
> 130 West 57th Street, Suite 5B
> New York, NY 10019

Dated: August 10, 2007

JOEL J. REINFELD