# FISCHER PORTER & THOMAS, P.C.

ATTORNEYS AT LAW
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NJ 07632-2700
TELEPHONE: (201) 569-5959
TELECOPIER: (201) 871-4844
www.fpmtlaw.com

JAY D. FISCHER
ARTHUR I. PORTER, JR.
ALAN C. THOMAS **
DONALD H. LARSEN **

MATTHEW L. GELDIN
DOMINICK MINERVINI ■
AARON E. ALBERT

COUNSEL

FREDERICK M. MINTZ *
ALAN P. FRAADE *

OF COUNSEL

EDDIE RAYNORD MADDEN
HOWARD P. DAVIS
REENA FORST □
PETER H. TILEM ◆
BART J. EAGLE *
JOEL J. REINFELD

250 WEST 57TH ST SUITE 1619
NEW YORK, NY 10107-1606
TELEPHONE    212 545-1925
TELECOPIER  (212) 545-9102

155 NORTH MAIN ST
NEW CITY, NY 10956-3950
TELEPHONE  (845) 708-0501
TELECOPIER  (845) 639-3202

2065 BOSTON POST RD
LARCHMONT, NY 10538-3944
TELEPHONE: (914) 833-9785
FACSIMILE: (914) 833-9788

70 BLOOMFIELD AVENUE
PINE BROOK, NJ 07058-9737

• N.Y. BAR ONLY
** N.J. BAR ONLY
□ N.Y., N.J. & D.C. BARS
■ N.J. & PA BARS
◆ N.Y. & C.T. BARS

PLEASE RESPOND TO
ENGLEWOOD CLIFFS, NJ OFFICE

SENDER'S E-MAIL ADDRESS:
jreinfeld@fpmtlaw.com

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/27/07]

August 3, 2007

VIA: **FACSIMILE 212-805-7941 ONLY**

The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
Room 1320
New York, New York 10007

MEMO ENDORSED

RE: DeMenna v. Buck Scientific, Inc., et al;
Souther District of New York Case No 07 CV 6240 (LAP)

Dear Judge Preska:

As you are well-aware, your Honor afforded the Parties until this afternoon to formulate a Preliminary Discovery Plan. The purpose of this letter is to request an extension of same until the close of business on Tuesday August 28, 2007. The reason for this request is: (1) my Client has been out of town and I would like to discuss the Plan with him; and, (2) we should know by Monday the timetable for reproduction of the electronic data. Please note that my Adversary **consents** to this request.

Thank you for your consideration.

Very truly yours,

Joel J. Reinfeld

cc: Michael Ferch, Esq.
(Via facsimile only 212-956-4596)

*The request is granted.*

**SO ORDERED.**

[Signature] 8/24/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE