LAW OFFICES OF
# GEORGE P. BIRNBAUM

GEORGE P. BIRNBAUM
ADMITTED NY & CT BARS

MICHAEL L. FERCH, OF COUNSEL
ADMITTED NY BAR ONLY

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07*

130 WEST 57TH STREET
NEW YORK, NY 10019
(212) 956-1313
FAX: (212) 956-4598
EMAIL: GPBSCOUT@AO.  OM

22 OLD STUD O ROA
NEW CANAAN, CT 068
(203) 966-07/0
FAX: (203) 966-2208

NEW YORK OFFICE

August 28, 2007

**BY FAX**

The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

>   Re: Buck Scientific, Inc. et al. ads. Gerald J. DeMenna,
>   Index No. 07 CV 6240 (LAP)

Dear Judge Preska:

Pursuant to your oral direction on Tuesday, August 21, after denying the parties' respective motions for preliminary injunction, the following civil case management deadlines are agreed to and adopted by all parties:

A. This case is to be tried to a jury.

B. 1. All non-expert discovery is to be completed by 9/30/08, which date shall not be adjourned except upon a showing of good cause and further order of this Court.

   a. The parties anticipate completion of the discovery activities annexed hereto in Attachment "A".

 2. Joinder of additional parties by 12/28/07.

 3. Amended pleadings may be filed without leave of the Court until 12/28/07.

The Honorable Loretta A. Preska
August 28, 2007
Page 2

    C.    If required by this Court, each party shall identify and quantify each component of damages alleged on or before 10/01/08.

    D.    1.    The last day for filing dispositive motions shall be 10/31/08.

            2.    A settlement conference shall be held on 11/20/08 at 11:00 a.m.

Respectfully submitted,

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

August 30, 2007

LAW OFFICES OF GEORGE P. BIRNBAUM

By _____
Michael L. Ferch, Counsel

MLF/ara
Encl.
cc: Joel Renfeld, Esq.

## ATTACHMENT A

The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:

| DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|
| 1. Confidentiality/Protective Order | On or before September 13, 2007 |
| 2. Buck Scientific to copy and return memory card information and list of deleted information from laptop(s) | On or before September 14, 2007 |
| 3. Service of Parties' 26(a)(1) Disclosures | On or before October 1, 2007 |
| 4. Service of Parties' First Request for Production of Documents | On or before October 1, 2007 |
| 5. Service of Parties' First Set of Interrogatories | On or before October 1, 2007 |
| 6. Service of Parties' Third-Party Subpoenas for Documents | On or before October 15, 2007 |
| 7. Service of Parties' Rule 45 and/or Rule 30(b)(6) Subpoenas | On or before November 21, 2007 |
| 8. Service of Parties' Second Request for Production of Documents and service of Parties' First Request to Admit Facts and Genuineness of Documents | On or before February 1, 2008 |
| 9. Deposition of Gerald J. DeMenna | September 30, 2008 |
| 10. Deposition of Nancy Gregorio | September 30, 2008 |

## ATTACHMENT A

(Continued)

| DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|
| 11. Deposition of Gwen DeMenna | September 30, 2008 |
| 12. Deposition of Roy Mirchandani | September 30, 2008 |
| 13. Deposition of Agent Maryann Francischelli | September 30, 2008 |
| 14. Deposition of Agent Stephen LaForest | September 30, 2008 |
| 15. Not more than eight (8) additional depositions | September 30, 2008 |