```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
GERALD J. DEMENNA, individually,    :
and d/b/a CHEM-CHEK CONSULTING,     :
                                    :    07 Civ. 6240 (LAP)
                 Plaintiff,         :
                                    :    ORDER
        v.                          :
                                    :
BUCK SCIENTIFIC INC., ROBERT J.     :
ANDERSON and ERIC ANDERSON,         :
                                    :
                 Defendants.        :
                                    :
----------------------------------X

LORETTA A. PRESKA, United States District Judge:

Following oral argument on August 21, 2007, plaintiff's motion [dkt. no. 2] and defendants' cross motion [dkt. no. 9] are both denied.

SO ORDERED:

Dated:   September 14, 2007

                              _____
                              LORETTA A. PRESKA, U.S.D.J.

demennaorder