UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GERALD J. DEMENNA, individually and d/b/a CHEM-CHEK CONSULTING, | CIVIL ACTION |
| Plaintiffs, | CASE NO. 07-CV-6240 (LAP) |
| -- against -- | |
| BUCK SCIENTIFIC, INC., ET AL., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The parties agree and represent to the court that the claims asserted by Plaintiffs against Defendants, Dan Willoughby, individually, and d/b/a D&N Scientific (collectively, "Willoughby"), are resolved to the parties' satisfaction pursuant to a settlement agreement executed by and between Plaintiffs and Willoughby.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs dismiss with prejudice all claims against Willoughby with prejudice subject to the terms of the settlement agreement signed by the parties. The court retains jurisdiction to enforce the terms of the settlement agreement.

_____
Joel J. Reinfeld (JJR 0176)
Fischer Porter & Thomas, P.C.
440 Sylvan Avenue, Suite 130
Englewood cliffs, N.J. 07632-2700
Telephone:   (201) 569-5959
Facsimile:   (201) 871-4544
Attorneys for Plaintiffs

1