LAW OFFICES OF

# GEORGE P. BIRNBAUM

GEORGE P. BIRNBAUM
ADMITTED NY & CT BARS

MICHAEL L. FERCH, OF COUNSEL
ADMITTED NY BAR ONLY

130 WEST 57TH STREET
NEW YORK, NY 0019
(212) 956-1313
FAX: (212) 956-4596
EMAIL: GPB@COUT@AOL.COM

22 OLD STUDIO ROAD
NEW CANAAN, CT 06840
(203) 966-9770
FAX: (203) 966-2208



September 27, 2007

**BY FAX**

The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

> Re: Buck Scientific, Inc., et al. ads. Gerald J. DeMenna
> Case No. 07 CV 6240 (LAP)

Dear Judge Preska:

This firm represents defendants-counterclaim plaintiff in this matter and writes with the full knowledge and consent of plaintiffs' counsel, Joel Reinfeld, Esq.

Based on discussion and agreement among counsel, the parties hereby request a two-week extension of time, from on or before October 1, 2007, to on or before October 15, 2007, to serve the following discovery documents in this matter:

1. The parties' 26(a)(1) disclosures;

2. The parties' first requests for production of documents;

3. The parties' first sets of interrogatories.

Additionally, the parties respectfully request an extension of the time to serve third-party subpoenas for documents, from on or before October 15, 2007, to on or before October 31, 2007.

September 28, 2007

**SO ORDERED**

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

The Honorable Loretta A. Preska
Page 2
September 27, 2007

This is the first request for any extension of
discovery deadlines in this matter.

Based on the foregoing, it is respectfully requested
that this Court issue an Order or otherwise grant the brief
extensions requested above.

Respectfully submitted,

LAW OFFICES OF GEORGE P. BIRNBAUM

By _____
        Michael L. Ferch, Counsel

MLF:ts

cc: Joel Reinfeld, Esq. (by fax)