# Fischer Porter & Thomas, P.C.

Attorneys at Law
440 Sylvan Avenue, Suite 130
Englewood Cliffs, NJ 07632-2700
Telephone: (201) 569-5959
Telecopier: (201) 871-4544
www.fpmtlaw.com

JAY D. FISCHER
ARTHUR L. PORTER, JR.
ALAN C. THOMAS **
DONALD H. LARSEN **

DOMINICK MINERVINI ■
AARON E. ALBERT
BRADLEY W. HENNINGS ✧

Counsel:

FREDERICK M. MINTZ *
ALAN P. FRAADE *

Of Counsel

EDDIE RAYNORD HADDEN **
HOWARD P. DAVIS
REENA FORST -
PETER H. TILEM ●
BART J. EAGLE *
JOEL J. REINFELD

250 WEST 57TH ST., SUITE 1619
NEW YORK, NY 10107-1606
TELEPHONE: (212) 545-1921
TELECOPIER: (212) 545-9102

155 NORTH MAIN ST.
NEW CITY, NY 10956-3850
TELEPHONE: (845) 708-0501
TELECOPIER: (845) 639-3202

2065 BOSTON POST RD
LARCHMONT, NY 10538-3944
TELEPHONE: (914) 833-9785
FACSIMILE: (914) 833-9788

70 BLOOMFIELD AVENUE
PINE BROOK, NJ 07058-9737

Sender's E-mail Address:
jreinfeld@fpmtlaw.com

* N.Y. BAR ONLY
** N.J. BAR ONLY
ᵖ N.Y., N.J. & D.C. BARS
■ N.J. & PA BARS
✧ N.J. & MD. BARS
● N.Y. & CT BARS

PLEASE RESPOND TO
ENGLEWOOD CLIFFS, NJ OFFICE

October 11, 2007

**VIA: FACSIMILE 212-805-7941 ONLY**

The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
Room 1320
New York, New York 10007

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10/15/07]

RE: DeMenna v. Buck Scientific, Inc., et al;
Southern District of New York Case No. 07 CV 6240 (LAP)

Dear Judge Preska:

This firm represents Plaintiff Dr. Gerald J. DeMenna. Your Honor has previously consented graciously to a two-week extension of time, until October 15, 2007, to serve discovery documents including R. 26(a)(1) disclosures, first requests for production of documents and first interrogatories, and also a two-week extension, until October 31, 2007, to serve third-party subpoenas.

With the consent of Michael L. Ferch, Esq., counsel for defendants, we respectfully request that your Honor grant an additional extension of approximately two weeks for each of these dates, such that R. 26(a)(1) disclosures, first requests for production of documents and first interrogatories will be due on or before November 1, 2007 and third party subpoenas will be served on or before November 15, 2007.

We respectfully request that the Court grant the brief extensions requested herein. The courtesies of the Court are greatly appreciated.

SO ORDERED

*October 15, 2007*

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

## Fischer Porter & Thomas, P.C.

Hon. Loretta A. Preska
October 11, 2007
Page 2

Very truly yours,

*Joel J. Reinfeld*

cc: Michael Ferch, Esq. (via facsimile only 212-956-4596)

OCT-11-2007 Case 1:07-cv-06240-LAP Document 21  Filed 10/15/2007  Page 2 of 2  P. 03