```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
GERALD J. DEMENNA, individually     :   07 CV 6240 (LAP)
and d/b/a CHEM-CHEK CONSULTING,     :
                                    :
            Plaintiffs,             :
                                    :
    -against-                       :
                                    :   DEFENDANTS'
BUCK SCIENTIFIC, INC., ROBERT J.    :   RULE 26(a) DISCLOSURE
ANDERSON, and ERIC ANDERSON,        :
                                    :
            Defendants.             :
                                    :
------------------------------------x
                                    :
BUCK SCIENTIFIC, INC.,              :
                                    :
        Counterclaim Plaintiff,     :
                                    :
    -against-                       :
                                    :
GERALD J. DEMENNA,                  :
                                    :
        Counterclaim Defendant.     :
                                    :
------------------------------------x
```

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, defendant-counterclaim plaintiff BUCK SCIENTIFIC, INC. ("Buck Scientific") and the other defendants (hereinafter, collectively, "defendants"), hereby surrender to plaintiff-counterclaim defendant Gerald J. DeMenna the following:

    A.  The list of witnesses attached as Exhibit A may have discoverable information defendants may use to support their

defenses and claims in this matter. Defendants reserve the right to identify additional witnesses once discovery has commenced. In addition, defendants may utilize the testimony of one or more expert witnesses to be disclosed at an appropriate time, in accordance with the Court's scheduling order.

    B. Documents, data compilations, and tangible things in defendants' possession, custody or control, which defendants may use to support their defenses and claims consist of certain business records, sales documents and correspondence of Buck Scientific; certain contracts, business records, sales documents and correspondence of Edu-Chem Innovations; certain contracts, business records, sales documents and correspondence of VTEC Laboratories Inc.; certain business records, sales documents and correspondence of Chem-Chek; police reports and witness statements of the Norwalk Police Department; certain correspondence and documentation of the U.S. Customs Office or U.S. Homeland Security Department; certain contracts, correspondence and sales documents of MeasureNet; certain correspondence, sales documents, financial information and medical records of Gerald J. DeMenna, all of which are (a) in the possession, custody or control of plaintiff-counterclaim defendant, (b) have been or will be subpoenaed from third parties (and thereafter made available to plaintiff-counterclaim

defendant), or (c) which have been or will be produced in response to Plaintiff-Counterclaim Defendant's First Request for Production of Documents.

C. The true nature and extent of injuries suffered by Counterclaim Plaintiff is not known and quantifiable at this time. Counterclaim plaintiff reserves the right to supplement this disclosure based on the documentation produced and received, as set forth more fully in paragraph "B" above.

Defendants reserve the right to supplement their disclosure as discovery progresses in accordance with the Federal Rules of Civil Procedure.

Dated: November 1, 2007
       New York, New York

<div style="margin-left: 40%;">

Yours, etc.,

Defendants BUCK SCIENTIFIC, INC.,
ROBERT J. ANDERSON AND ERIC ANDERSON
and Counterclaim Plaintiff BUCK
SCIENTIFIC, INC.

By: _____
    Michael L. Ferch, Counsel
    [MF 6211]
LAW OFFICES OF GEORGE P. BIRNBAUM
130 West 57th Street/#5B
New York, New York 10019
(212) 956-1313

</div>

3

### Schedule A

Robert J. Anderson
Eric Anderson
Roy Mirchardani
Gerald J. DeMenna
Alfred G. DeMenna
Nancy Gregorio
Dan Willoughby
William Closs
Gary Wingo
Jerry Reed
Jim Westmoreland
Royce Bramlett
Gordon Fromm
Dave Hurley
Jon Selenski
Jim Selenski
Dominick Buonocore
Tony Hackenberg
Mel Westlund
Frank Reeves
Floyd Theriot
Bob Vorhees
Ed Nadeau
Peter Ryckbosch
Tim McCall
Dr. Barry Friedman
Stephen Zakrewski
Maryann Francischelli
Mark A. Devito
Gwendolynn DeMenna
Tara Fitzsimmons
Margaret Wilde Frey
Terri C. Boman
Linda Jones
Sue Briganti
Jon Allen

<u>Certificate of Service</u>

I certify that on this 1st day of November, 2007, I served a copy of the foregoing, by first-class mail, postage prepaid, to:

    Joel J. Reinfeld, Esq.
    Fischer Porter & Thomas, P.C.
    Attorneys for Plaintiff
    440 Sylvan Avenue, Suite 130
    Englewood Cliffs, New Jersey 07632-2700

_____
Michael L. Ferch