LAW OFFICES OF
# GEORGE P. BIRNBAUM

GEORGE P. BIRNBAUM
ADMITTED NY & CT BARS

MICHAEL L. FERCH, OF COUNSEL
ADMITTED NY BAR ONLY

130 WEST 57TH STREET
NEW YORK, NY 10019
(212) 956-1313
FAX: (212) 956-4596
EMAIL: GPBSCOUT@AOL.COM

22 OLD STUDIO ROAD
NEW CANAAN, CT 06840
(203) 966-9770
FAX: (203) 966-2208

November 15, 2007

**BY FAX**

Hon. Loretta A. Preska
U.S.D.C., S.D.N.Y.
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

Re: Buck Scientific, Inc., et al. ads DeMenna
Civil Case No.: 07-CV-6240 (LAP)

Dear Judge Preska:

This office represents defendants Buck Scientific, Inc., Robert J. Anderson, and Eric Anderson ("defendants").

I write with the full authorization and consent of plaintiffs' counsel, Aaron E. Albert, Esq., to respectfully request that the time by which the respective parties are to serve third-party subpoenas for documents, currently scheduled to be served today, November 15, 2007, be extended two weeks, to on or before Friday, November 30, 2007. This extension will not affect any other discovery date in this matter.

This is the parties' second request for an extension of time for third-party subpoenas for documents to be served in this matter. Thank you in advance for Your Honor's courtesy.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
November 16, 2007

Respectfully Submitted,

LAW OFFICES OF GEORGE P. BIRNBAUM

By: _____
Michael L. Ferch [MF-6211]
Counsel

cc: Aaron E. Albert, Esq.