# Fischer Porter & Thomas, P.C.

JAY D. FISCHER
ARTHUR L. PORTER, JR.
ALAN C. THOMAS **
DONALD H. LARSEN **

DOMINICK MINERVA
AARON E. ALBERT
BRADLEY W. HENNING

Counsel

FREDERICK M. MINTZ
ALAN P. FRAADE

Of Counsel

EDDIE RAYNORD HADDEN **
HOWARD P. DAVIS
REENA FORST ◻
PETER H. TILEM ♦
BART J. EAGLE *
JOEL J. REINFELD

Attorneys at Law
440 Sylvan Avenue, Suite 130
Englewood Cliffs, NJ 07632-2700
Telephone: (201) 569-5959
Telecopier: (201) 871-4544
www.fpmtlaw.com

Sender's E-mail Address:
jreinfeld@fpmtlaw.com

250 WEST 57th ST., SUITE 1619
NEW YORK, NY 10107-1606
TELEPHONE: (212) 545-1921
TELECOPIER: (212) 545-9102

155 NORTH MAIN ST
NEW CITY, NY 10956-3850
TELEPHONE: (845) 708-0501
TELECOPIER: (845) 639-3202

2065 BOSTON POST RD
LARCHMONT, NY 10538-3944
TELEPHONE: (914) 833-9785
FACSIMILE (914) 833 9785

70 BLOOMFIELD AVENUE
PINE BROOK, NJ 07058-9737

* N.Y. BAR ONLY
** N.J. BAR ONLY
⌐ N.Y., N.J. & D.C. BARS
■ N.J. & PA. BARS
✧ N.J. & MD. BARS
♦ N.Y. & C.T. BARS

PLEASE RESPOND TO
ENGLEWOOD CLIFFS NJ OFFICE

*[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 12/4/07]*

December 3, 2007

**VIA: FACSIMILE 212-805-7941 ONLY**

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      **RE:   DeMenna, et al. v. Buck Scientific, Inc., et al.**
            **Case No. 07-CV-6240 (LAP)**

Dear Judge Preska:

     This office represents Plaintiffs Gerald J. DeMenna and Chem-Chek in the above-referenced matter. With the full consent of our adversary, we write to ask for a two-week extension of the deadline for each party to serve third party subpoenas in this matter. This is the third request for such an extension; previous requests have been for general extensions of deadlines for serving other discovery demands and responses, while this request is limited to the deadline for serving third party subpoenas. No other discovery date will be affected by the granting of this request. The courtesies of the Court are greatly appreciated.

*So ordered*
*Loretta A. Preska*
*USDJ*
*December 3, 2007*

Respectfully submitted,

Joel J. Reinfeld

cc:   Michael Ferch, Esq. (via facsimile only 212-956-4596)
      George P. Birnbaum, Esq. (via facsimile only 212-956-4596)
      Arthur "Scott" L. Porter, Jr., Esq.