LAW OFFICES OF
# GEORGE P. BIRNBAUM

GEORGE P. BIRNBAUM
ADMITTED NY & CT BARS

MICHAEL L. FERCH, OF COUNSEL
ADMITTED NY BAR ONLY

130 WEST 57TH STREET
NEW YORK, NY 10019
(212) 956-1313
FAX: (212) 956-4596
EMAIL: GPBSCOUT@AOL.COM

22 OLD STUD O ROAD
NEW CANAAN, CT 06840
(203) 986-3770
FAX: (203) 966 2208

January 10, 2008

**BY FAX**

Hon. Loretta A. Preska
U.S.D.C., S.D.N.Y.
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

Re: Buck Scientific, Inc., et al. ads DeMenna
Civil Case No.: 07-CV-6240 (LAP)

Dear Judge Preska:

This office represents defendants Buck Scientific, Inc., Robert J. Anderson, and Eric Anderson ("defendants").

I write with the full authorization and consent of plaintiffs' counsel, Aaron E. Albert, Esq., to respectfully request that:

1. the time by which defendants are to serve responses to plaintiffs' interrogatories and demand for documents, as well as respond to plaintiffs' Second Amended Complaint, be extended to on or before Friday, January 25, 2008;

2. plaintiffs' time to respond to defendants' requests for documents and interrogatories also be extended to on or before Friday, January 25, 2008; and

3. the parties' deadline to serve second requests for documents and requests to admit facts be extended from February 1, 2008 to and including March 1, 2008.

So the Court is aware, discovery has been moving forward; all parties served third-party subpoenas and have already or will shortly exchange the documents received.

January 13, 2008

So ordered
Loretta A Preska
USDJ

Hon. Loretta A. Preska, USDJ
January 10, 2008
Page 2

    These extensions will not effect any other discovery date in this matter, nor will they extend the current discovery deadline of September 30, 2008 for non-expert discovery.

    This is the parties' third request for an extension of time for these deadlines, and this Court has granted all prior requests. Thank you in advance for Your Honor's courtesy.

                            Respectfully Submitted,

                            LAW OFFICES OF GEORGE P. BIRNBAUM

                            By: _____
                                Michael L. Ferch [MF-6211]
                                Counsel

cc: Aaron E. Albert, Esq.