DeMenna's further use of and/or improper licensing of Buck Scientific's software and property.

42.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the Second Complaint, except admit that on or after June 18, 2007, defendants attempted to retrieve at least some of the proprietary business information belonging to Buck Scientific, Inc. from DeMenna's possession.

43.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Second Complaint.

44.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the Second Complaint.

45.  Deny the allegations in paragraph 45 of the Second Complaint.

46.  Deny the allegations in paragraph 46 of the Second Complaint.

47.  Repeat and reallege their answers to the allegations in paragraphs 1 through 46 of the Second Complaint as if fully set forth at length herein.

48.  Admit the allegations in paragraph 48 of the Second Complaint, but deny any employer-employee relationship.

49.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the Second Complaint.

50.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the Second Complaint.

51.  Deny the allegations in paragraph 51 of the Second Complaint.

52.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the Second Complaint.

53.  For their response to the allegations in paragraph 53 of the Second Complaint, admit that defendants terminated plaintiff's consultancy in June of 2007, but deny that such termination had any relationship to any purported Federal investigation.

54.  Admit the allegations in paragraph 54 of the Second Complaint.

55.  Deny the allegations in paragraph 55 of the Second Complaint.

56.  Deny that plaintiff is entitled to the relief sought by paragraph 56 of the Second Complaint.

57.   Repeat and reallege their answers to the allegations in paragraphs 1 through 56 of the Second Complaint as if fully set forth at length herein.

58.   For their answer to paragraph 58 of the Second Complaint, respectfully refer this Court to the referenced documents and their context for the contents, force and effect thereof.

59.   For their answer to paragraph 59 of the Second Complaint, respectfully refer this Court to the referenced documents and their context for the contents, force and effect thereof.

60.   For their answer to paragraph 60 of the Second Complaint, respectfully refer this Court to the referenced documents and their context for the contents, force and effect thereof.

61.   For their answer to paragraph 61 of the Second Complaint, respectfully refer this Court to the referenced documents and their context for the contents, force and effect thereof, but deny that the quoted correspondence is slanderous.

62.   For their answer to paragraph 62 of the Second Complaint, respectfully refer this Court to the referenced documents and their context for the contents, force and effect thereof.

63.  Deny the allegations in paragraph 63 of the Second Complaint.

64.  Deny the allegations in paragraph 64 of the Second Complaint.

65.  Deny the allegations in paragraph 65 of the Second Complaint.

66.  Deny the allegations in paragraph 66 of the Second Complaint.

67.  Deny that plaintiff is entitled to the relief sought by paragraph 67 of the Second Complaint.

68.  Repeat and reallege their answers to the allegations in paragraphs 1 through 67 of the Second Complaint as if fully set forth at length herein.

69.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 of the Second Complaint.

70.  Deny the allegations in paragraph 70 of the Second Complaint.

71.  Deny the allegations in paragraph 71 of the Second Complaint.

72.  Deny the allegations in paragraph 72 of the Second Complaint.

73.  Deny that plaintiff is entitled to the relief sought by paragraph 73 of the Second Complaint.

74. Repeat and reallege their answers to the allegations in paragraphs 1 through 73 of the Second Complaint as if fully set forth at length herein.

75. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the Second Complaint.

76. Deny the allegations in paragraph 76 of the Second Complaint.

77. Deny the allegations in paragraph 77 of the Second Complaint.

78. Deny the allegations in paragraph 78 of the Second Complaint.

79. Deny the allegations in paragraph 79 of the Second Complaint.

80. Deny that plaintiff is entitled to the relief sought by paragraph 80 of the Second Complaint.

81. Repeat and reallege their answers to the allegations in paragraphs 1 through 80 of the Second Complaint as if fully set forth at length herein.

82. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 of the Second Complaint.

83. Deny the allegations in paragraph 83 of the Second Complaint.

84.  Deny that plaintiff is entitled to the relief sought by paragraph 84 of the Second Complaint.

85.  Repeat and reallege their answers to the allegations in paragraphs 1 through 84 of the Second Complaint as if fully set forth at length herein.

86.  Deny the allegations in paragraph 86 of the Second Complaint.

87.  Deny the allegations in paragraph 87 of the Second Complaint.

88.  Deny the allegations in paragraph 88 of the Second Complaint.

89.  Deny the allegations in paragraph 89 of the Second Complaint.

90.  Deny that plaintiff is entitled to the relief sought by paragraph 90 of the Second Complaint.

91.  Repeat and reallege their answers to the allegations in paragraphs 1 through 90 of the Second Complaint as if fully set forth at length herein.

92-99.  The allegations in paragraphs 92 to 99 of the Second Complaint (plaintiff's purported Seventh Cause of Action) are not responded to, since that Seventh Cause of Action does not contain any claim against these answering defendants.

100.   Repeat and reallege their answers to the allegations in paragraphs 1 through 99 of the Second Complaint as if fully set forth at length herein.

101-105.   The allegations in paragraphs 101 to 105 of the Second Complaint (plaintiff's purported Eighth Cause of Action) are not responded to, since that Eighth Cause of Action does not contain any claim against these answering defendants.

106.   Repeat and reallege their answers to the allegations in paragraphs 1 through 105 of the Second Complaint as if fully set forth at length herein.

107.   Deny the allegations in paragraph 107 of the Second Complaint.

108.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108 of the Second Complaint.

109.   Deny the allegations in paragraph 109 of the Second Complaint.

110.   Deny the allegations in paragraph 110 of the Second Complaint.

111.   Deny the allegations in paragraph 111 of the Second Complaint.

112.   Deny that plaintiff is entitled to the relief sought by paragraph 112 of the Second Complaint.

113.   Repeat and reallege their answers to the allegations in paragraphs 1 through 112 of the Second Complaint as if fully set forth at length herein.

114.   Deny the allegations in paragraph 114 of the Second Complaint.

115.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115 of the Second Complaint.

116.   Deny the allegations in paragraph 116 of the Second Complaint.

117.   Deny the allegations in paragraph 117 of the Second Complaint.

118.   Deny the allegations in paragraph 118 of the Second Complaint.

119.   Deny the allegations in paragraph 119 of the Second Complaint.

120.   Deny the allegations in paragraph 120 of the Second Complaint.

121.   Deny the allegations in paragraph 121 of the Second Complaint.

122.   Deny that plaintiff is entitled to the relief sought by paragraph 122 of the Second Complaint.

123.  Repeat and reallege their answers to the allegations in paragraphs 1 through 122 of the Second Complaint as if fully set forth at length herein.

124.  Deny the allegations in paragraph 124 of the Second Complaint.

125.  Deny the allegations in paragraph 125 of the Second Complaint.

126.  Deny the allegations in paragraph 126 of the Second Complaint.

127.  Deny the allegations in paragraph 127 of the Second Complaint.

128.  Deny the allegations in paragraph 128 of the Second Complaint.

129.  Deny the allegations in paragraph 129 of the Second Complaint.

130.  Deny the allegations in paragraph 130 of the Second Complaint.

131.  Deny that plaintiff is entitled to the relief sought by paragraph 131 of the Second Complaint.

132.  Repeat and reallege their answers to the allegations in paragraphs 1 through 131 of the Second Complaint as if fully set forth at length herein.

133.  Deny the allegations in paragraph 133 of the Second Complaint.

17