# FISCHER PORTER THOMAS & REINFELD, P.C.

JAY D. FISCHER
ARTHUR L. PORTER, JR.
ALAN C. THOMAS **
JOEL J. REINFELD †
DONALD H. LARSEN **

DOMINICK MINERVINI
AARON E. ALBERT
MARJORIE E. KLEIN

OF COUNSEL

EDDIE RAYNORD HADDEN
HOWARD P. DAVIS
REENA FORST □
PETER H. TILEM ◆
BART J. EAGLE ✶

* N.Y. BAR ONLY
** N.J. BAR ONLY
□ N.Y., N.J. & D.C. BARS
✶ N.J. & PA. BARS
◆ N.Y. & C.T. BARS
† N.J., N.Y. & AZ. BARS

ATTORNEYS AT LAW
440 SYLVAN AVENUE, SUITE 130
ENGLEWOOD CLIFFS, NJ 07632-2700
TELEPHONE: (201) 569-5959
TELECOPIER: (201) 871-4544
WWW.FPMTLAW.COM

SENDER'S E-MAIL ADDRESS:
aalbert@fpmtlaw.com

250 WEST 57TH ST., SUITE 1619
NEW YORK, NY 10107-1606
TELEPHONE: (212) 545-1921
TELECOPIER: (212) 545-9102

155 NORTH MAIN ST.
NEW CITY, NY 10956-3850
TELEPHONE: (845) 708-0501
TELECOPIER: (845) 639-3202

2065 BOSTON POST RD.
LARCHMONT, NY 10538-3944
TELEPHONE: (914) 833-9795
FACSIMILE: (914) 833-9788

70 BLOOMFIELD AVENUE
PINE BROOK, NJ 07058-9737
TELEPHONE (973) 227-2777
FACSIMILE: (973) 227-5440

PLEASE RESPOND TO
ENGLEWOOD CLIFFS, NJ OFFICE

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/2/08]

April 29, 2008

**VIA: FACSIMILE ONLY (212) 805-7941**
The Honorable Loretta A. Preska, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> RE:  **DeMenna et al. v. Buck Scientific, Inc. et al.**
>      Case No. 07-CV-6240 (LAP)

Dear Judge Preska:

This firm represents Plaintiffs Gerald J. DeMenna and Chem-Chek Consulting in the above-referenced matter. With the full consent of our adversary we write to request an adjournment of the time to serve second requests for production and requests for admission from May 1, 2008 until May 21, 2008. No other discovery deadlines will be affected by this adjournment. The courtesies of the Court are greatly appreciated.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 30, 2008

Respectfully submitted,

*/s/ Aaron E. Albert*
Aaron E. Albert

cc: Michael L. Ferch, Esq.
    Arthur "Scott" L. Porter, Jr., Esq.