LAW OFFICES OF

# GEORGE P. BIRNBAUM

GEORGE P. BIRNBAUM
ADMITTED NY & CT BARS

MICHAEL L. FERCH, OF COUNSEL
ADMITTED NY BAR ONLY

130 WEST 57TH STREET
NEW YORK, NY 10019
(212) 956-1313
FAX: (212) 956-4596
EMAIL: GPBSCOUT@AOL.COM

22 OLD STUDIO ROAD
NEW CANAAN, CT 06840
(203) 966-9770
FAX: (203) 966-2208

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

June 6, 2008

**BY FAX**

Hon. Loretta A. Preska
U.S.D.C., S.D.N.Y.
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

> Re: Buck Scientific, Inc., et al. ads DeMenna
> Civil Case No.: 07-CV-6240 (LAP)

Dear Judge Preska:

This office represents defendants Buck Scientific, Inc., Robert J. Anderson, and Eric Anderson ("defendants").

I write to Your Honor on behalf, and with the full consent, of plaintiffs in this matter, as well as of our clients. The purpose of this letter is twofold, as discussed below.

First, mindful of Your Honor's previous recommendation that the parties should make the effort to resolve this matter through mediation, both sides are willing to engage in non-binding mediation in such an effort. Accordingly, the parties respectfully request, pursuant to Local Rule 83.12, that this matter be referred by Your Honor to the Alternative Dispute Resolution program for the Southern District of New York.

Second, discovery in this matter has been steadily ongoing. The current deadline for the end of all discovery is September 30, 2008. I have ascertained from the Southern District's mediation office that dates for mediation hearings are currently being scheduled for no earlier than late July/early August. Thus, since there is likely to be at least a three month period before the initial hearing, particularly due to summer schedules, the parties respectfully request that all discovery dates be extended in this matter for three (3) additional

Hon. Loretta A. Preska
June 6, 2008
Page 2

② months, meaning that the discovery cut-off date would be moved
to December 30, 2008. There has been no previous request for
any extension of the discovery cut-off date. The parties
understand that further extension may become warranted, and
agree to mediate this matter without prejudice to the parties'
right to request respectfully that this Court grant, at its
discretion, additional time for discovery.

        Should Your Honor request that a Third Amended Case
Management Order be filed to accord with the foregoing, we will
promptly comply.

        Thank you for your consideration of this request.

① and ② are approved.

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc: Aaron E. Albert, Esq.

June 9, 2008

Respectfully Submitted,

LAW OFFICES OF GEORGE P. BIRNBAUM

By: _____
        Michael L. Ferch [MF-6211]
        Counsel