UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD J. DEMENNA, individually and d/b/a CHEM-CHEK CONSULTING,<br><br>     Plaintiffs,<br><br>– against –<br><br>BUCK SCIENTIFIC, INC., ROBERT J. ANDERSON, and ERIC ANDERSON,<br><br>     Defendants. | Case No.  07 CV 6240 (LAP)<br><br>**NOTICE OF APPEARANCE OF AARON E. ALBERT AS ATTORNEY FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that Aaron E. Albert of Fischer Porter Thomas & Reinfeld, P.C., with offices at 180 Sylvan Avenue, 2nd Floor, Englewood Cliffs, New Jersey 07632, hereby appears on behalf of plaintiffs Gerald J. DeMenna and Chem-Check Consulting in the above-captioned action.

I certify that I am admitted to practice in this court.  I respectfully request that the Court enter my appearance for the plaintiffs.

Dated: June 11, 2008

/s/ Aaron E. Albert
Aaron E. Albert                    AA 8078

Fischer Porter Thomas & Reinfeld, P.C.
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632
(201) 569-5959 telephone
(201) 871-4544 facsimile
aalbert@fpmtlaw.com